APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Greenwood Gaming & Entertainment, I :
:
:
V. : Civil Action
POM of Pennsylvania, LLC, et al. : No: 2:22-cv-4434
:

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, Pace-O-Matic, Inc._____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Hyper Bravo LLC

11/04/2022                                            _[signature]_
Date                                                  Signature

Counsel for: Pace-O-Matic, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
 (a) WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or

  (2) states that there is no such corporation.

 (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.