**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

George Wylesol
  Clerk of Court

United States Courthouse
Independence Mall West
Philadelphia, PA 19106-1775

Counsel:

A Notice of Removal has been filed in this case.  Pursuant to Local Rule 53.2.3.C.1, the damages are presumed to be less than $150,000.00, exclusive of interest and cost, unless counsel executes and files with the court a certification that the damages sought exceed $150,000.00. If the certification is not filed within fourteen (14) days of the docketing of this case, the case shall proceed to arbitration.

Sincerely,

GEORGE WYLESOL
Clerk of Court