# CERTIFICATION

Greenwood Gaming & Entertainment, Inc.

v

CIVIL ACTION NO:    2:22-cv-04434

POM of Pennsylvania, LLC, et al.

I, _____Richard Limburg_____, counsel for _____Plaintiff_____, do hereby certify:

| X | Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief; the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs. |

| X | Relief other than monetary damages is sought. |

DATE:    November 7, 2022

SIGNATURE: _/s/ Richard Limburg_____

ARBCERT3 (03/2019)