# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br><br> *Defendants.* | No. 2:22-cv-4434-MMB |

## POM OF PENNSYLVANIA, LLC AND PACE-O-MATIC, INC.'S
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc. (collectively, the "POM Defendants"), by and through their undersigned counsel, hereby move under Federal Rule of Civil Procedure 12(b)(6) to dismiss, with prejudice, all Counts of the Complaint for failure to state claim. In support of this request, the POM Defendants incorporate by reference the accompanying Brief in Support of the Motion.

Respectfully submitted,

Dated: November 11, 2022

*/s/ Edward T. Butkovitz*
Matthew H. Haverstick (No. 85072)
Edward T. Butkovitz (No. 309565)
Shohin H. Vance (No. 323551)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Eml: mhaverstick@kleinbard.com
ebutkovitz@kleinbard.com
svance@kleinbard.com
*Attorneys for the POM Defendants*