IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : | No. 2:22-cv-4434-MMB |
| *Plaintiff,* | : | |
| v. | : | |
| POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this _____ day of _____, 20_____, upon consideration of the Motion to Dismiss by Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc. (collectively, the "POM Defendants"), and any response thereto, it is hereby ORDERED that the Motion is GRANTED and Counts I-IV against the POM Defendants are hereby DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Hon. Michael M. Baylson