**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the POM Defendants' Motion to Dismiss, and Brief in Support, to be served via the Court's CM/ECF system on the following:

    Gary Samms, Esq.
    Richard Limburg, Esq.
    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
    Centre Square West
    1500 Market Street, Suite 3400
    Philadelphia, PA 19102
    Gary.Samms@obermayer.com
    Richard.Limburg@obermayer.com

    *Attorneys for Plaintiff Greenwood Gaming & Entertainment, Inc.*

    Marc F. Lovecchio, Esq.
    McCORMICK LAW FIRM
    835 West Fourth Street
    Williamsport, PA 17701
    mlovecchio@mcclaw.com

    *Attorney for Defendant Miele Manufacturing, Inc.*

Dated: November 11, 2022        */s/ Edward T. Butkovitz*
                                          Matthew H. Haverstick (No. 85072)
                                          Edward T. Butkovitz (No. 309565)
                                          Shohin H. Vance (No. 323551)
                                          KLEINBARD LLC
                                          Three Logan Square, 5th Floor
                                          1717 Arch Street
                                          Philadelphia, PA 19103
                                          Phone: (215) 568-2000
                                          Fax: (215) 568-0140
                                          Eml: mhaverstick@kleinbard.com
                                          ebutkovitz@kleinbard.com
                                          svance@kleinbard.com

                                          *Attorneys for the POM Defendants*