## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : <br> :    No. 2:22-cv-4434-MMB <br> : |
| *Plaintiff,* | : |
| v. | : <br> : |
| POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., | : <br> : <br> : <br> : |
| *Defendants.* | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance in the above-captioned matter on behalf of

Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc.

Respectfully submitted,

Dated: November 11, 2022      /s/ Joshua J. Voss

Joshua J. Voss (No. 306853)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (267) 443-4114
Eml: jvoss@kleinbard.com

*Attorneys for the POM Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Entry of

Appearance to be served via the Court's CM/ECF system on the following:

Gary Samms, Esq.
Richard Limburg, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Gary.Samms@obermayer.com
Richard.Limburg@obermayer.com

*Attorneys for Plaintiff Greenwood Gaming & Entertainment, Inc.*

Marc F. Lovecchio, Esq.
McCORMICK LAW FIRM
835 West Fourth Street
Williamsport, PA 17701
mlovecchio@mcclaw.com

*Attorney for Defendant Miele Manufacturing, Inc.*

Dated: November 11, 2022        /s/ Joshua J. Voss
                       Joshua J. Voss (No. 306853)
                       KLEINBARD LLC
                       Three Logan Square, 5th Floor
                       1717 Arch Street
                       Philadelphia, PA 19103
                       Phone: (267) 443-4114
                       Eml: jvoss@kleinbard.com

                       *Attorneys for the POM Defendants*