**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., : | No. 2:22-cv-4434-MMB |
| : | |
| *Plaintiff,* : | |
| v. : | |
| : | |
| POM OF PENNSYLVANIA, LLC, : | |
| PACE-O-MATIC, INC., and : | |
| MIELE MANUFACTURING, INC., : | |
| : | |
| *Defendants.* : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance in the above-captioned matter on behalf of

Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc.

Respectfully submitted,

Dated: November 11, 2022          /s/ Matthew H. Haverstick
                                  Matthew H. Haverstick (No. 85072)
                                  KLEINBARD LLC
                                  Three Logan Square, 5th Floor
                                  1717 Arch Street
                                  Philadelphia, PA 19103
                                  Phone: (215) 496-7225
                                  Eml: mhaverstick@kleinbard.com

                                  *Attorneys for the POM Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing Entry of

Appearance to be served via the Court's CM/ECF system on the following:

Gary Samms, Esq.
Richard Limburg, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Gary.Samms@obermayer.com
Richard.Limburg@obermayer.com

*Attorneys for Plaintiff Greenwood Gaming & Entertainment, Inc.*

Marc F. Lovecchio, Esq.
McCORMICK LAW FIRM
835 West Fourth Street
Williamsport, PA 17701
mlovecchio@mcclaw.com

*Attorney for Defendant Miele Manufacturing, Inc.*

Dated: November 11, 2022

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 496-7225
Eml: mhaverstick@kleinbard.com

*Attorneys for the POM Defendants*