# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : |
| | :    No. 2:22-cv-4434-MMB |
| | : |
| *Plaintiff,* | : |
| v. | : |
| | : |
| POM OF PENNSYLVANIA, LLC, | : |
| PACE-O-MATIC, INC., and | : |
| MIELE MANUFACTURING, INC., | : |
| | : |
| *Defendants.* | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance in the above-captioned matter on behalf of

Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc.

Respectfully submitted,

Dated: November 11, 2022          /s/ Shohin H. Vance
                                     Shohin H. Vance (No. 323551)
                                     KLEINBARD LLC
                                     Three Logan Square, 5th Floor
                                     1717 Arch Street
                                     Philadelphia, PA 19103
                                     Phone: (267) 443-4124
                                     Eml: svance@kleinbard.com

                                     *Attorneys for the POM Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Entry of

Appearance to be served via the Court's CM/ECF system on the following:

Gary Samms, Esq.
Richard Limburg, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Gary.Samms@obermayer.com
Richard.Limburg@obermayer.com

*Attorneys for Plaintiff Greenwood Gaming & Entertainment, Inc.*

Marc F. Lovecchio, Esq.
McCORMICK LAW FIRM
835 West Fourth Street
Williamsport, PA 17701
mlovecchio@mcclaw.com

*Attorney for Defendant Miele Manufacturing, Inc.*

Dated: November 11, 2022              /s/ Shohin H. Vance
                                      Shohin H. Vance (No. 323551)
                                      KLEINBARD LLC
                                      Three Logan Square, 5th Floor
                                      1717 Arch Street
                                      Philadelphia, PA 19103
                                      Phone: (267) 443-4124
                                      Eml: svance@kleinbard.com

                                      *Attorneys for the POM Defendants*