IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br><br> *Defendants*. | : <br> : <br> : <br> : <br> : <br> : No. 2:22-cv-4434-MMB <br> : <br> : <br> : <br> : <br> : <br> : |

## MIELE MANUFACTURING, INC.'S
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Miele Manufacturing, Inc. ("Miele"), by and through its undersigned counsel, hereby moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss, with prejudice, all Counts of the Complaint for failure to state claim. In support of this request, Miele incorporates by reference the accompanying Brief in Support of the Motion.

Respectfully submitted,

Dated: November 14, 2022

*/s/ Marc F. Lovecchio*
Marc F. Lovecchio (No. 41244)
MCCORMICK LAW FIRM
835 West Fourth Street
Williamsport, PA 17701
Phone: (570) 326-5131
Eml: mlovecchio@mcclaw.com
*Attorney for Defendant Miele Manufacturing, Inc.*