**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : <br> : <br> : |
| *Plaintiff*, | : <br> : |
| v. | : No. 2:22-cv-4434-MMB |
| | : |
| POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., | : <br> : <br> : |
| *Defendants*. | : <br> : |

## CERTIFICATE OF SERVICE

I, Marc F. Lovecchio, certify that I caused a true and correct copy of the Defendant Miele Manufacturing, Inc's. Motion to Dismiss, and Brief in Support, to be served via the Court's CM/ECF system on the following:

| | |
|---|---|
| Gary Samms, Esq. <br> Richard Limburg, Esq. <br> OBERMAYER REBMANN <br> MAXWELL & HIPPEL LLP <br> Centre Square West <br> 1500 Market Street, Suite 3400 <br> Philadelphia, PA 19102 <br> Gary.Samms@obermayer.com <br> Richard.Limburg@obermayer.com <br> *Attorneys for Plaintiff Greenwood Gaming & Entertainment, Inc.* | Matthew H. Haverstick, Esq. <br> Edward T. Butkovitz, Esq. <br> Shohin H. Vance, Esq. <br> KLEINBARD LLC <br> Three Logan Square, 5th Floor <br> 1717 Arch Street <br> Philadelphia, PA 19103 <br> mhavrstick@kleinbard.com <br> ebutkovitz@kleinbard.com <br> svanc@kleinbard.com <br> *Attorneys for the POM Defendants* |

McCORMICK LAW FIRM

Dated: 11/14/2022

By: */s/ Marc F. Lovecchio*
    Marc F. Lovecchio, Esquire
    I.D. No. 41244
    Attorney for Defendant Miele
    Manufacturing, Inc.
    835 West Fourth Street
    Williamsport, PA 17701
    (570) 326-5131
    (570) 326-5529 (Fax)
    mlovecchio@mcclaw.com