**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., :<br>:<br>*Plaintiff*, :<br>:<br>v. :<br>: No. 2:22-cv-4434-MMB<br>POM OF PENNSYLVANIA, LLC, :<br>PACE-O-MATIC, INC., and MIELE :<br>MANUFACTURING, INC., :<br>:<br>*Defendants*. : | |

## **ORDER**

AND NOW, this _____ day of _____, 20_____, upon consideration of the Motion to Dismiss by Defendant Miele Manufacturing, Inc., ("Miele"), and any response thereto, it is hereby ORDERED that the Motion is GRANTED and Counts I-IV against Defendant Miele are hereby DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Hon. Michael M. Baylson

cc:    Marc F. Lovecchio, Esquire

Matthew H. Haverstick, Esquire

Gary Samms, Esquire