CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Amended Complaint to be served via the Court's CM/ECF system on the following persons:

| | |
|---|---|
| Matthew H. Haverstock, Esq. <br> Edward T. Butkovitz, Esq. <br> Shohin H. Vance, Esq. <br> Kleinbard, LLC <br> Thee Logan Square, 5th Fl. <br> 1717 Arch St. <br> Philadelphia, PA  19103 <br> mhaverstick@lleinbard.com <br> ebutkovitz@kleinbard.com <br> svance@kelinbard.com | Marc F. Lovecchio, Esq. <br> McCormick Law Firm <br> 835 West Fourth Street <br> Williamsport, PA  17701 <br> mlovecchio@mcclaw.com |

                          **OBERMAYER REBMANN**
                          **MAXWELL & HIPPEL LLP**

By:   /s/ Gary Samms
         Gary Samms, Esquire (Attorney I.D. 58096)
         Centre Square West
         1500 Market Street, Suite 3400
         Philadelphia, Pennsylvania 19102
         (215) 665-3000

         Attorneys for Plaintiff Parx Casino

Dated: November 21, 2022

4862-7796-0767 v1

4862-7796-0767 v1