# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **GREENWOOD GAMING AND ENTERTAINMENT, INC.** <br><br> v. <br><br> **POM OF PENNSYLVANIA ET AL.** | **CIVIL ACTION** <br><br> **NO. 22-4434** |
|---|---|

## O R D E R

**AND NOW**, this 28th day of November, 2022, since an amended complaint has been filed (ECF 13), the Court **DENIES AS MOOT** both previously filed Motions to Dismiss in this case (ECF 7 & 11).

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22-3786 Order re Moot Motion.docx