IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | No. 2:22-cv-04434-MMB |
| *Plaintiff,* | |
| v. | |
| POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 30th day of November, 2022, upon consideration of Defendants' Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, and any responses thereto, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.

Defendants shall file a responsive pleading to Plaintiff's Amended Complaint no later than January 4, 2023.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J**