**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : |
| | : |
| | : CIVIL ACTION |
| *Plaintiff,* | : |
| v. | : No.  2:22-CV-04434-mmb |
| | : |
| POM OF PENNSYLVANIA, LLC, PACE-O- | : |
| MATIC, INC., and MIELE | : |
| MANUFACTURING, INC., | : |
| | : |
| *Defendants.* | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendants POM of Pennsylvania, LLC, and

Pace-O-Matic, Inc. in the above-captioned matter.

December 1, 2022                         Respectfully submitted,


                                         /s/ *Samantha G. Zimmer*
                                         Samantha G. Zimmer (No. 325650)
                                         KLEINBARD LLC
                                         Three Logan Square
                                         1717 Arch Street, 5th Floor
                                         Philadelphia, PA 19103
                                         Phone: (215) 568-2000
                                         Fax: (215) 568-0140
                                         Email: szimmer@kleinbard.com

                                         *Attorney for Defendants POM of Pennsylvania,
                                         LLC, and Pace-O-Matic, Inc.*