IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., :<br>:<br>*Plaintiff*, :<br>v. :<br>:<br>POM OF PENNSYLVANIA, LLC, :<br>PACE-O-MATIC, INC., and :<br>MIELE MANUFACTURING, INC., :<br>:<br>*Defendants*. : | No. 2:22-cv-4434-MMB |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc.'s (collectively, the "POM Defendants") Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**. Counts I-IV of the Amended Complaint against the POM Defendants are hereby **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
Hon. Michael M. Baylson