## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Motion to Dismiss, and Brief in Support, to be served via the Court's CM/ECF system on the following:

Gary Samms, Esq.
Richard Limburg, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Gary.Samms@obermayer.com
Richard.Limburg@obermayer.com

*Attorneys for Plaintiff Greenwood Gaming & Entertainment, Inc.*

Marc F. Lovecchio, Esq.
McCORMICK LAW FIRM
835 West Fourth Street
Williamsport, PA 17701
mlovecchio@mcclaw.com

*Attorney for Defendant Miele Manufacturing, Inc.*

Dated: January 3, 2023          */s/ Matthew H. Haverstick*
                                Matthew H. Haverstick (No. 85072)
                                KLEINBARD LLC
                                Three Logan Square, 5th Floor
                                1717 Arch Street
                                Philadelphia, PA 19103
                                Phone: (215) 568-2000
                                Eml: mhaverstick@kleinbard.com

                                *Attorney for Defendants*
                                *POM of Pennsylvania, LLC*
                                *and Pace-O-Matic, Inc.*