IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD GAMING AND ENTERTAINMENT, INC., <br>      *Plaintiff*, <br> <br> v. <br> <br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br>      *Defendants*. | Case No 22-4434 |

**STIPULATION TO EXTEND THE TIME FOR RESPONDING
TO DEFENDANTS' MOTIONS TO DISMISS**

      Counsel for plaintiff and defendants hereby stipulate, subject to the Court's approval, that the time for responding to defendants' motions to dismiss shall be 30 days from January 3, 2023 when the motions were filed, and that plaintiff's response will be due on or before February 2, 2023. This is plaintiff's first request for an extension of time.

*/s/ Matthew H. Haverstick*
Matthew H. Haverstick, Esq. (No. 85072)
KLEINBARD LLC
*Attorney for Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc.*

*/s/ Gary Samms*
Gary M Samms, Esq. (No. 58096)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
*Attorney for Plaintiff Greenwood Gaming & Entertainment, Inc.*

*/s/ Marc F. Lovecchio*
Marc F. Lovecchio, Esq. (No. 41244)
McCORMICK LAW FIRM
*Attorney for Defendant Miele Manufacturing, Inc.*

By the Court:

_____
MICHAEL M. BAYLSON, U.S.D.J.

## CERTIFICATE OF SERVICE

  I certify that I have caused the foregoing stipulation to be served via the Court's CM/ECF system on the following persons:

Matthew H. Haverstick, Esq. (No. 85072)
KLEINBARD LLC
Thee Logan Square, 5th Fl.
1717 Arch St.
Philadelphia, PA  19103
mhaverstick@lleinbard.com

*Attorney for Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc.*


Marc F. Lovecchio, Esq. (No. 41244)
McCORMICK LAW FIRM
835 West Fourth Street
Williamsport, PA  17701
mlovecchio@mcclaw.com

*Attorney for Defendant Miele Manufacturing, Inc.*


          By: /s/  *Richard P. Limburg*
             Richard P. Limburg (Attorney ID No. 39598)
             Obermayer Rebmann Maxwell & Hippel LLP
             Centre Square West
             1500 Market Street, Suite 3400
             Philadelphia, Pennsylvania 19102
             (215) 665-3000

             Attorneys for Plaintiff