## CERTIFICATE OF SERVICE

I certify that I have caused the foregoing stipulation to be served via the Court's CM/ECF system on the following persons:

Matthew H. Haverstick, Esq. (No. 85072)
KLEINBARD LLC
Thee Logan Square, 5th Fl.
1717 Arch St.
Philadelphia, PA  19103
mhaverstick@lleinbard.com

*Attorney for Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc.*

Marc F. Lovecchio, Esq. (No. 41244)
McCORMICK LAW FIRM
835 West Fourth Street
Williamsport, PA  17701
mlovecchio@mcclaw.com

*Attorney for Defendant Miele Manufacturing, Inc.*

By:   /s/  *Richard P. Limburg*
Richard P. Limburg (Attorney ID No. 39598)
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, Pennsylvania 19102
(215) 665-3000

Attorneys for Plaintiff

4871-0622-3432 v1