IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD GAMING AND ENTERTAINMENT, INC., <br>    *Plaintiff*, <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br>    *Defendants*. | Case No 22-4434 |

**STIPULATION TO EXTEND THE TIME FOR RESPONDING
TO DEFENDANTS' MOTIONS TO DISMISS**

      Counsel for plaintiff and defendants hereby stipulate, subject to the Court's approval, that the time for responding to defendants' motions to dismiss shall be 30 days from January 3, 2023 when the motions were filed, and that plaintiff's response will be due on or before February 2, 2023. This is plaintiff's first request for an extension of time.

*/s/ Matthew H. Haverstick*
Matthew H. Haverstick, Esq. (No. 85072)
KLEINBARD LLC
*Attorney for Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc.*

*/s/ Gary Samms*
Gary M Samms, Esq. (No. 58096)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
*Attorney for Plaintiff Greenwood Gaming & Entertainment, Inc.*

*/s/ Marc F. Lovecchio*
Marc F. Lovecchio, Esq. (No. 41244)
McCORMICK LAW FIRM
*Attorney for Defendant Miele Manufacturing, Inc.*

DATED: 1/17/2023

By the Court:
/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

4871-0622-3432 v1