# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD GAMING AND ENTERTAINMENT, INC., *Plaintiff*, <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., *Defendants*. | Case No.: <br><br> 22-4434-MMB |

## PROPOSED ORDER

AND NOW, this _____ day of February, 2023, upon consideration of the motion of (a) POM of Pennsylvania, LLC and Pace-O-Matic, Inc. and (b) Miele Manufacturing, Inc., to dismiss the amended complaint of Parx Casino, and Parx Casino's combined answer to the defendants' motion, it is hereby ORDERED that the defendants' motions to dismiss are DENIED.

By the Court:

_____
MICHAEL M. BAYLSON, U.S.D.J.

4858-0268-4750 v1