## CORRECTED CERTIFICATE OF SERVICE

I certify that I have caused the foregoing combined response to defendants' motions to dismiss the amended complaint to be served via the Court's CM/ECF system on the following persons:

| | |
|---|---|
| Matthew H. Haverstick, Esq. (No. 85072)<br>KLEINBARD LLC<br>Thee Logan Square, 5th Fl.<br>1717 Arch St.<br>Philadelphia, PA  19103<br>mhaverstick@lleinbard.com<br><br>*Attorney for Defendants POM of*<br>*Pennsylvania, LLC and Pace-O-Matic, Inc.* | Case No.:<br><br>22-4434-MMB |
| Marc F. Lovecchio, Esq. (No. 41244)<br>McCORMICK LAW FIRM<br>835 West Fourth Street<br>Williamsport, PA  17701<br>mlovecchio@mcclaw.com<br><br>*Attorney for Defendant Miele*<br>*Manufacturing, Inc.* | |

By:  /s/  *Richard P. Limburg*
　　　Richard P. Limburg (Attorney ID No. 39598)
　　　Obermayer Rebmann Maxwell & Hippel LLP
　　　Centre Square West
　　　1500 Market Street, Suite 3400
　　　Philadelphia, Pennsylvania 19102
　　　(215) 665-3000

　　　Attorneys for Plaintiff

Date: 2/1/2023

4871-9493-4606 v1