IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : | No. 2:22-cv-04434-MMB |
| *Plaintiff,* | : | |
| v. | : | |
| POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., | : | |
| *Defendants.* | : | |

**STIPULATION TO EXTEND THE TIME FOR REPLY BRIEFS IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

Counsel for plaintiff and defendants hereby stipulate, subject to the Court's approval, that the time for filing reply briefs in further support of defendants' motions to dismiss shall be extended through February 17, 2023. This is defendants' first request for an extension of time.

/s/ *Gary M. Samms*
Gary M. Samms, Esq. (No. 58096)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
*Attorney for Plaintiff Greenwood Gaming & Entertainment, Inc.*

/s/ *Matthew H. Haverstick*
Matthew H. Haverstick, Esq. (No. 85072)
KLEINBARD LLC
*Attorney for Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc.*

/s/ *Marc F. Lovecchio*
Marc F. Lovecchio, Esq. (No. 41244)
McCORMICK LAW FIRM
*Attorney for Defendant Miele Manufacturing Inc.*

Dated: 2/3/2023

By the Court:

/s/ Michael M. Baylson
Michael M. Bayslon, U.S.D.J.