IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., :<br>:<br>*Plaintiff*, :<br>v. :<br>:<br>POM OF PENNSYLVANIA, LLC, :<br>PACE-O-MATIC, INC., and MIELE :<br>MANUFACTURING, INC., :<br>:<br>*Defendants*. : | No. 2:22-cv-4434-MMB |

**MIELE MANUFACTURING, INC.'S**
**REPLY BRIEF IN FURTHER SUPPORT OF**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Miele Manufacturing, Inc. adopts the Reply Brief filed by POM of Pennsylvania, LLC and Pace-O-Matic, Inc., filed on today's date.

Respectfully submitted,

McCORMICK LAW FIRM

By: */s/ Marc F. Lovecchio*
    Marc F. Lovecchio (No. 41244)
    MCCORMICK LAW FIRM
    835 West Fourth Street
    Williamsport, PA 17701
    Phone: (570) 326-5131
    Email: mlovecchio@mcclaw.com
    *Attorney for Defendant Miele*
    *Manufacturing, Inc.*

Dated:  02/17/2023

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., : : : *Plaintiff*, : : v. : : POM OF PENNSYLVANIA, LLC, : PACE-O-MATIC, INC., and MIELE : MANUFACTURING, INC., : : *Defendants*. : | No. 2:22-cv-4434-MMB |

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the Public Access Policy of the *Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

        McCORMICK LAW FIRM

        By: */s/ Marc F. Lovecchio*
            Marc F. Lovecchio (No. 41244)
            MCCORMICK LAW FIRM
            835 West Fourth Street
            Williamsport, PA 17701
            Phone: (570) 326-5131
            Email: mlovecchio@mcclaw.com
            *Attorney for Defendant Miele Manufacturing, Inc.*

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., <br><br> *Plaintiff*, <br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br><br> *Defendants*. | : <br> : <br> : <br> : <br> : No. 2:22-cv-4434-MMB <br> : <br> : <br> : <br> : <br> : <br> : |

## **CERTIFICATE OF SERVICE**

I, Marc F. Lovecchio, certify that I caused a true and correct copy of the Defendant Miele Manufacturing, Inc's. Reply Brief in further support of Motion to Dismiss Plaintiff's Amended Complaint to be served via the Court's CM/ECF system on the 17th day of February 2023, on the following:

Gary Samms, Esq. Richard Limburg, Esq.
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Gary.Samms@obermayer.com
Richard.Limburg@obermayer.com
*Attorneys for Plaintiff Greenwood Gaming & Entertainment, Inc.*

Matthew H. Haverstick, Esq.

Edward T. Butkovitz, Esq.
Shohin H. Vance, Esq.
KLEINBARD LLC
Three Logan Square, 5th Floor 1717 Arch Street
Philadelphia, PA 19103
mhavrstick@kleinbard.com
ebutkovitz@kleinbard.com
svanc@kleinbard.com
*Attorneys for the POM Defendants*

McCORMICK LAW FIRM

By: s/Marc F. Lovecchio
    Attorney ID No. 41244
    835 West Fourth Street
    Williamsport, PA 17701
    Phone: (570) 326-5131
    Email: mlovecchio@mcclaw.com