# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GREENWOOD GAMING & ENTERTAINMENT, INC.<br><br>v.<br><br>POM OF PENNSYLVANIA, LLC et al | CIVIL ACTION<br><br>NO. 22-4434<br><br>DATE OF NOTICE: March 27, 2023 |
|---|---|

## AMENDED NOTICE

Please be advised that the **ORAL ARGUMENT RE: MOTIONS TO DISMISS (ECF 18 & 19)** originally set to be held on April 5, 2023, at 11:00 a.m. will be **RESCHEDULED** for **WEDNESDAY, APRIL 12, 2023, at 11:00 A.M.** in **COURTROOM 3A,** U.S. Courthouse, 601 Market Street, Philadelphia, PA  19106 with the Honorable Michael M. Baylson

/s/ Amanda Frazier

---

Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520