**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREENWOOD GAMING &<br>ENTERTAINMENT, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| POM OF PENNSYLVANIA, LLC | : | |
| PACE-O-MATICE, INC. AND | : | NO.: 2:22-CV-04434-MMB |
| MIELE MANUFACTURING, INC. | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Defendant Miele Manufacturing, Inc., in the above-captioned matter.

Respectfully submitted,

**McCORMICK LAW FIRM**

By_____

Marc F. Lovecchio
ID No. 41244
Attorney for Defendant
Miele Manufacturing, Inc.
835 West Fourth Street
Williamsport, PA 17701
Phone: (570) 326-5131
Fax: (570) 326-5529
Email: mlovecchio@mcclaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GREENWOOD GAMING &              :
ENTERTAINMENT, INC.,            :
                   Plaintiff,   :       CIVIL ACTION
                                :
                                :
        v.                      :
                                :
POM OF PENNSYLVANIA, LLC        :
PACE-O-MATICE, INC. AND         :       NO.: 2:22-CV-04434-MMB
MIELE MANUFACTURING, INC.       :
                   Defendants.  :

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

**McCORMICK LAW FIRM**

By_____
        Marc F. Lovecchio
        ID No. 41244
        Attorney for Defendant
        Miele Manufacturing, Inc.
        835 West Fourth Street
        Williamsport, PA 17701
        Phone: (570) 326-5131
        Fax: (570) 326-5529
        Email:  mlovecchio@mcclaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


GREENWOOD GAMING         :
ENTERTAINMENT, INC.,          :
             Plaintiff,        :      CIVIL ACTION
                                      :
                                      :
       v.                         :
                                      :
POM OF PENNSYLVANIA, LLC      :
PACE-O-MATICE, INC. AND       :      NO.: 2:22-CV-04434-MMB
MIELE MANUFACTURING, INC.     :
            Defendants.      :

## CERTIFICATE OF SERVICE

       I, Marc F. Lovecchio, hereby certify that a true and correct copy of the forgoing **Entry**

**of Appearance** was served upon the following, this 11th day of April 2023, as follows:


**Via E-filing**

| | |
|---|---|
| Gary Samms, Esquire | Edward T. Butkovitz, Esquire |
| Richard Limburg, Esquire | Matthew H. Haverstick, Esquire |
| Attorneys for Plaintiffs | Kleinbard LLC |
| Centre Square West | Three Logan Square |
| 1500 Market Street, Suite 3400 | 1717 Arch Street, 5th Floor \|Philadelphia, |
| Philadelphia, PA 19102 | PA  19103 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants POM of Pennsylvnia, LLC and Pace-O-Matic, Inc.* |


                            **McCORMICK LAW FIRM**

By _____
            Marc F. Lovecchio
            ID No. 41244
            Attorney for Defendant
            Miele Manufacturing, Inc.
            835 West Fourth Street
            Williamsport, PA 17701
            Phone: (570) 326-5131
            Fax: (570) 326-5529
            Email:  mlovecchio@mcclaw.com