## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GREENWOOD GAMING AND ENTERTAINMENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br><br> *Defendants.* | Case No 2:22-CV-4434 |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of the U.S. District Court:

Kindly enter the appearance of Danielle C. Hudson, Esquire, on behalf of Plaintiff

Greenwood Gaming and Entertainment, Inc. in the above matter.

BLANK ROME LLP

*/s/ Danielle C. Hudson*
Danielle C. Hudson (ID # 328931)
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103
215-569-5405
danielle.hudson@blankrome.com

*Attorney for Plaintiff*

Date: June 20, 2023

132083350v.1

**CERTIFICATE OF SERVICE**

I, Danielle C. Hudson, Esquire, hereby certify that I caused a true and correct copy of the

foregoing Entry of Appearance to be served via the Court's CM/ECF system on all parties of

record.

*/s/ Danielle C. Hudson*
Danielle C. Hudson

Date: June 20, 2023

132083350v.1