# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GREENWOOD GAMING AND ENTERTAINMENT, INC.,<br><br>        *Plaintiff,*<br><br>        v.<br><br>POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC.,<br><br>        *Defendants.* | Case No 2:22-CV-4434 |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of the U.S. District Court:

    Kindly enter the appearance of William R. Cruse, Esquire, on behalf of Plaintiff

Greenwood Gaming and Entertainment, Inc. in the above matter.

BLANK ROME LLP

*/s/ William R. Cruse*
William R. Cruse (ID # 209576)
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103
215-569-5500
william.cruz@blankrome.com

*Attorney for Plaintiff*

Date: June 20, 2023

132083408

**CERTIFICATE OF SERVICE**

I, William R. Cruse, Esquire, hereby certify that I caused a true and correct copy of the foregoing Entry of Appearance to be served via the Court's CM/ECF system on all parties of record.

/s/ William R. Cruse
William R. Cruse

Date: June 20, 2023

132083408