**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., *Plaintiff,* | : : : : | No. 2:22-cv-4434-MMB |
| v. | : : | |
| POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., *Defendants.* | : : : : | |

**POM OF PENNSYLVANIA, LLC AND
PACE-O-MATIC, INC.'S MOTION FOR RECONSIDERATION**

Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc. (collectively, the POM Defendants) hereby move for reconsideration of the Court's May 5, 2023 Order (Document 36) and ask that their Motion to Dismiss (Document 18) be granted. In support of this request, the POM Defendants incorporate by reference the accompanying Brief.

Respectfully submitted,

Dated: July 11, 2023

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
Edward T. Butkovitz (No. 309565)
Joshua J. Voss (No. 306853)
Shohin H. Vance (No. 323551)
Samantha G. Zimmer (No. 325650)
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Phone: (215) 568-2000
Eml: mhaverstick@kleinbard.com
ebutkovitz@kleinbard.com
jvoss@kleinbard.com
svance@kleinbard.com
szimmer@kleinbard.com
*Attorneys for the POM Defendants*