**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : | No. 2:22-cv-4434-MMB |
| | : | |
| *Plaintiff,* | : | |
| v. | : | |
| | : | |
| POM OF PENNSYLVANIA, LLC, | : | |
| PACE-O-MATIC, INC., and | : | |
| MIELE MANUFACTURING, INC., | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this _____ day of _____, 20_____, upon

consideration of the Motion for Reconsideration by Defendants POM of

Pennsylvania, LLC and Pace-O-Matic, Inc. (collectively, the POM Defendants), and

any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**, and

it is further **ORDERED** that the Motion to Dismiss (Document 18) is **GRANTED**.

BY THE COURT:

_____

Hon. Michael M. Baylson