**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | |
| *Plaintiff,* | No. 2:22-cv-4434-MMB |
| v. | |
| POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., | |
| *Defendants.* | |

**PLAINTIFF GREENWOOD GAMING & ENTERTAINMENT, INC.'S
MOTION FOR CLARIFICATION AND TO COMPEL
<u>COMPLIANCE WITH THE COURT'S MAY 5, 2023 ORDER</u>**

Plaintiff Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino ("Parx Casino") respectfully moves this Court for an Order reaffirming its May 5, 2023 Order denying Defendants' Motion to Dismiss and ordering that document discovery should proceed as the Court ordered on May 5, 2023. Parx Casino also respectfully moves this Court for an Order extending the motion to compel deadline to six (6) weeks from the Court's determination of this Motion. This Motion should be granted for the reasons set forth in the accompanying Memorandum of Law.

Dated: July 20, 2023

Respectfully submitted,

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

*/s/ Gary Samms*

Gary Samms, Esq.
Richard Limburg, Esq.
Gary.Samms@obermeyer.com
Richard.Limburg@obermeyer.com

Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA, 19102


**BLANK ROME LLP**


*/s/ William R. Cruse*
William R. Cruse
Danielle C. Hudson
William.Cruse@blankrome.com
Danielle.Hudson@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

*Attorneys for Plaintiff, Greenwood Gaming
& Entertainment, Inc.*

2