**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br><br> *Defendants.* | No. 2:22-cv-4434-MMB |

**ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiff Greenwood Gaming & Entertainment, Inc.'s Motion for Clarification and to Compel Compliance with the Court's May 5, 2023 Order, its supporting memorandum of law, and any response thereto, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**. The Parties shall proceed with exchanging documents responsive to the Parties' first requests for production of documents. It is further **ORDERED** and **DECREED** that the Court extends the motion to compel deadline to six (6) weeks from the date this Order.

_____
Hon. Michael M. Baylson
United States District Judge