**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| SKILL OF PENNSYLVANIA, LLC | : | |
| PACE-O-MATICE, INC. AND | : | NO.: 2:22-CV-04434-MMB |
| MIELE MANUFACTURING, INC. | : | |
| Defendants. | : | |

**MOTION OF DEFENDANT MIELE MANUFACTURING, INC.**
**TO RECONSIDER**

AND NOW, comes Defendant Miele Manufacturing, Inc. ("Miele"), by and through its attorney, Marc F. Lovecchio, Esquire, and moves for reconsideration of the Court's May 5, 2023 Order (Document 36) and asks that its previously filed Motion to Dismiss (Doc. 19) be granted.

In support of this request, Miele incorporates by reference the Brief filed in this matter by POM of Pennsylvania, LLC and Pace-O-Matic, Inc. as fully as if said Brief was restated at length herein.

Further, Miele incorporates by reference the accompanying Brief.

Respectfully submitted,

**McCORMICK LAW FIRM**

By_____
Marc F. Lovecchio
ID No. 41244
Attorney for Defendant
Miele Manufacturing, Inc.
835 West Fourth Street
Williamsport, PA 17701
Phone: (570) 326-5131
Fax: (570) 326-5529
Email: mlovecchio@mcclaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREENWOOD GAMING & | : | |
| ENTERTAINMENT, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| POM OF PENNSYLVANIA, LLC | : | |
| PACE-O-MATICE, INC. AND | : | NO.: 2:22-CV-04434-MMB |
| MIELE MANUFACTURING, INC. | : | |
| Defendants. | : | |

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

**McCORMICK LAW FIRM**

By _____

Marc F. Lovecchio
ID No. 41244
Attorney for Defendant
Miele Manufacturing, Inc.
835 West Fourth Street
Williamsport, PA 17701
Phone: (570) 326-5131
Fax: (570) 326-5529
Email: mlovecchio@mcclaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| POM OF PENNSYLVANIA, LLC | : | |
| PACE-O-MATICE, INC. AND | : | NO.: 2:22-CV-04434-MMB |
| MIELE MANUFACTURING, INC. | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Marc F. Lovecchio, hereby certify that a true and correct copy of the

forgoing ***Motion to Reconsider*** was served upon the following, this 21st day of July

2023, as follows:

**Via E-filing**
Gary Samms, Esquire
Richard Limburg, Esquire
Attorneys for Plaintiffs
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
gary.samms@obermayer.com
richard.limburg@obermayer.com

William R. Cruse, Esquire
Danielle C. Hudson, Esquire
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
william.cruse@blankrome.com
danielle.hudson@blankrome.com
***Attorneys for Plaintiffs***

3

Edward T. Butkovitz, Esquire
Matthew H. Haverstick, Esquire
Joshua Voss, Esquire
Kleinbard LLC
Three Logan Square
1717 Arch Street, 5th Floor Philadelphia, PA  19103
ebutkovitz@kleinbard.com
mhaverstick@kleinbard.com
jvoss@kleinbard.com
***Attorneys for Defendants POM of Pennsylvania, LLC and
Pace-O-Matic, Inc.***

**McCORMICK LAW FIRM**

By _____

    Marc F. Lovecchio
    ID No. 41244
    Attorney for Defendant
    Miele Manufacturing, Inc.
    835 West Fourth Street
    Williamsport, PA 17701
    Phone: (570) 326-5131
    Fax: (570) 326-5529
    Email:  mlovecchio@mcclaw.com

4