**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br><br> *Defendants.* | No. 2:22-cv-4434-MMB |

**PLAINTIFF GREENWOOD GAMING & ENTERTAINMENT, INC.'S
RESPONSE TO DEFENDANT MIELE MANUFACTURING, INC.'S
BRIEF RELATING TO DEFENDANTS' MOTION FOR RECONSIDERATION**

OBERMAYER REBMANN MAXWELL
& HIPPEL LLP
Gary Samms, Esq.
Richard Limburg, Esq.
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA, 19102
Gary.Samms@obermeyer.com
Richard.Limburg@obermeyer.com

BLANK ROME LLP
William R. Cruse, Esq.
Danielle C. Hudson, Esq.
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
William.Cruse@blankrome.com
Danielle.Hudson@blankrome.com

*Attorneys for Plaintiff,
Greenwood Gaming & Entertainment, Inc.*

Plaintiff Greenwood Gaming & Entertainment, Inc. ("Parx Casino") respectfully submits this brief in response to the Brief of Miele Manufacturing, Inc. ("Miele") In Support of Motion to Reconsider, filed on July 21, 2023 (ECF No. 50).

For the most part, Defendant Miele's submission to the Court is a "me too" brief to the POM Defendants' briefing on their wholly improper Motion for Reconsideration, which arguments Parx Casino addressed in its opposition brief (ECF No. 47). But Defendant Miele goes a step further by presenting to the Court a transcript of a hearing in a Monroe County Court of Common Pleas matter, in which Defendant Miele represents "Judge Mark commented that he '100% agreed with the analysis set forth by Judge Sibum' with respect to the games at issue."[1]

Defendant Miele's representation to the Court is incorrect based on a plain reading of the hearing transcript. Judge Mark does not opine on "the games at issue" or any of the issues of statutory construction at the core of this case. Judge Mark's full statement – which Defendant Miele truncated – is as follows:

> To the extent the parties and/or other courts would disagree as to those procedural matters that were determined, finally, by another judge of this court in a prior but related proceeding, in both collateral estoppel, I'll also say that I ***100 percent agree with the analysis set forth by Judge Sibum <u>on the procedural matters</u>*** and with respect to the Superior Court, of course. And whether I agree with the Superior Court or not it doesn't matter, because they're higher than us.[2]

The Monroe County case that Defendant Miele brings to the Court's attention has never addressed the question at the core of this case: whether Defendants' devices are illegal "slot machines" as defined in the 2017 amendments to the Gaming Act and, thus, criminalized by the Crimes Code under the statutory rules of construction. The hearing transcript submitted by

---

[1] ECF No. 50 (Miele Brief) at 2, citing Hearing Transcript, dated June 1, 2023, in *Commonwealth of Pennsylvania v. Smokin's Joe's Tobacco Shop, Inc.*, Monroe County C.C.P., No. 1770 Criminal 2022, at 60 (this transcript is attached as Exhibit A to the Miele Brief).
[2] *Id.* at 60:4-13.

Defendant Miele does not address issues of statutory construction at all, in fact. It is focused on issues of collateral estoppel between civil and criminal proceedings involving a tobacco shop and state authorities. It provides no basis for reconsideration of this Court's holding that Parx Casino stated legally viable claims against Defendants under the Racketeer Influenced and Corrupt Organizations Act, the Lanham Act, and for common law unfair competition and tortious interference with business relations; and (b) that document discovery should proceed as provided for under the procedural rules.

Dated: August 2, 2023

Respectfully submitted,

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

 /s/ Gary Samms
Gary Samms, Esq.
Richard Limburg, Esq.
Gary.Samms@obermeyer.com
Richard.Limburg@obermeyer.com
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA, 19102

**BLANK ROME LLP**

 /s/ William R. Cruse
William R. Cruse
Danielle C. Hudson
William.Cruse@blankrome.com
Danielle.Hudson@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

*Attorneys for Plaintiff, Greenwood Gaming & Entertainment, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I caused a copy of the foregoing document to be served on all counsel of record via the Court's electronic filing system.

*/s/ Danielle C. Hudson*
DANIELLE C. HUDSON