**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., : | No. 2:22-cv-4434-MMB |
| : | |
| *Plaintiff,* : | |
| v. : | |
| : | |
| POM OF PENNSYLVANIA, LLC, : | |
| PACE-O-MATIC, INC., and : | |
| MIELE MANUFACTURING, INC., : | |
| : | |
| *Defendants.* : | |

**POM OF PENNSYLVANIA, LLC AND PACE-O-MATIC, INC.'S MOTION FOR
LEAVE TO FILE SUR-REPLY BRIEF IN FURTHER OPPOSITION TO
PARX'S MOTION FOR CLARIFICATION AND TO COMPEL**

Pursuant to Section (C)(2) of this Court's Pretrial and Trial Procedures – Civil Cases, the POM Defendants respectfully seek this Court's leave to file a short Sur-Reply Brief in further opposition to Parx's Motion for Clarification and to Compel (ECF No. 48).

The POM Defendants request leave to file their Sur-Reply Brief in order to keep the Court informed of recent developments in the two expedited appeals involving the POM Skill Game that will be heard by the Commonwealth Court in October 2023: *In re: Three Pennsylvania Skill Amusement Devices, One Green Bank Bag Containing $525.00 in U.S. Currency and Seven Receipts*, No. 707 CD 2023 and *In re: Four Pennsylvania Skill Amusement Devices and One Ticket Redemption Terminal Containing $18,692.00 in U.S. Currency*, No. 761 CD 2023. These Commonwealth Court appeals have been repeatedly referenced in recent filings in this matter by the parties. Briefs of the Appellants and *amicus curiae*—including an

*amicus* brief on behalf of Parx—were filed in the Commonwealth Court appeals on August 16, 2023. These briefs include the "*pari materia*" argument that is at the core of Parx's theory of liability in this case, demonstrating that this issue will be considered as part of the Commonwealth Court appeals. A copy of the POM Defendants' proposed Sur-Reply Brief, with copies of two briefs from the Commonwealth Court appeals raising the "*pari materia*" argument included as Exhibits "A" and "B," is attached hereto as Exhibit 1.

Accordingly, the POM Defendants respectfully request that the Court grant their Motion for Leave to File Sur-Reply Brief and further request that the Sur-Reply Brief attached hereto as Exhibit 1 be deemed filed as of the date of the Court's Order granting leave.

Respectfully submitted,

Dated: August 22, 2023

/s/ Joshua J. Voss
Matthew H. Haverstick (No. 85072)
Joshua J. Voss (No. 306853)
Edward T. Butkovitz (No. 309565)
Shohin H. Vance (No. 323551)
Samantha G. Zimmer (No. 325650)
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Ph: (215) 568-2000
Eml: mhaverstick@kleinbard.com
jvoss@kleinbard.com
ebutkovitz@kleinbard.com
svance@kleinbard.com
szimmer@kleinbard.com

*Attorneys for the POM Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion for Leave to File Sur-Reply Brief to be served via the Court's CM/ECF system on the following:

Gary Samms, Esq.
Richard Limburg, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Gary.Samms@obermayer.com
Richard.Limburg@obermayer.com

William R. Cruse, Esq.
Danielle C. Hudson, Esq.
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
William.Cruse@blankrome.com
Danielle.Hudson@blankrome.com

*Attorneys for Plaintiff Greenwood Gaming & Entertainment, Inc.*

Marc F. Lovecchio, Esq.
McCORMICK LAW FIRM
835 West Fourth Street
Williamsport, PA 17701
mlovecchio@mcclaw.com

*Attorney for Defendant Miele Manufacturing, Inc.*

Dated: August 22, 2023                    /s/ Joshua J. Voss