**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : | No. 2:22-cv-4434-MMB |
|  | : |  |
| *Plaintiff,* | : |  |
| v. | : |  |
|  | : |  |
| POM OF PENNSYLVANIA, LLC, | : |  |
| PACE-O-MATIC, INC., and | : |  |
| MIELE MANUFACTURING, INC., | : |  |
|  | : |  |
| *Defendants.* | : |  |

## ORDER

AND NOW, this ___23rd___ day of ___August___, 2023, upon consideration of the POM Defendants' Motion for Leave to File Sur-Reply Brief in Further Opposition to Parx's Motion for Clarification and to Compel, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED.** It is further **ORDERED** that the Sur-Reply Brief attached to the Motion as Exhibit 1 is deemed filed as of the date of this Order.

BY THE COURT:

/s/ Michael M. Baylson

Hon. Michael M. Baylson