**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br><br> *Defendants.* | No. 2:22-cv-4434-MMB |

**PLAINTIFF GREENWOOD GAMING & ENTERTAINMENT, INC.'S
MOTION FOR LEAVE TO FILE RESPONSE TO SUR-REPLY BRIEF OF THE POM
DEFENDANTS IN OPPOSITION TO MOTION FOR CLARIFICATION AND TO
COMPEL COMPLIANCE WITH THE COURT'S MAY 5, 2023 ORDER**

Plaintiff Greenwood Gaming & Entertainment, Inc. d/b/a Parx Casino ("Parx Casino") respectfully seek this Court's leave to file a response to the POM Defendants Sur-Reply Brief (ECF No. 64) in further opposition to Plaintiff's Motion for Clarification and to Compel Compliance with the Court's May 5, 2023 Order (ECF No. 48), a copy of which is attached as **Exhibit 1** hereto (the "Response"). Parx Casino requests leave to file the Response to respond to the POM Defendants' argument that briefing submitted to the Commonwealth Court of Pennsylvania in matters to be heard in late October 2023 somehow change the calculus behind this Court's holding that (a) that Parx Casino stated legally viable claims against Defendants under the Racketeer Influenced and Corrupt Organizations Act, the Lanham Act, and for common law unfair competition and tortious interference with business relations; and (b) that document discovery

should proceed as provided for under the procedural rules. It does not, as explained in the Response.

Accordingly, Parx Casino respectfully requests that the Court grant its Motion for Leave to File the Response and further requests that the Response attached hereto as **Exhibit 1** be deemed filed as of the date of the Court's Order granting leave.

Dated: August 23, 2023                    Respectfully submitted,

**BLANK ROME LLP**

*/s/ William R. Cruse*
William R. Cruse
Danielle C. Hudson
William.Cruse@blankrome.com
Danielle.Hudson@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

*/s/ Gary Samms*
Gary Samms, Esq.
Richard Limburg, Esq.
Gary.Samms@obermeyer.com
Richard.Limburg@obermeyer.com
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA, 19102

*Attorneys for Plaintiff, Greenwood Gaming & Entertainment, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing document to be served on all counsel of record via the Court's electronic filing system.

*/s/ Danielle C. Hudson*

DANIELLE C. HUDSON