**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | |
| *Plaintiff,* | No. 2:22-cv-4434-MMB |
| v. | |
| POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., | |
| *Defendants.* | |

**ORDER**

**AND NOW**, this ___24th___ day of _____August_____, 2023, upon consideration of

Plaintiff Greenwood Gaming & Entertainment, Inc.'s Motion for Leave to File Response to Sur-

Reply Brief of the POM Defendants in Opposition to Motion for Clarification and to Compel

Compliance with the Court's May 5, 2023 Order, and any response thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the Response attached

to the Motion as Exhibit 1 is deemed filed as of the date of this Order.

/s/ Michael M. Baylson
_____
Hon. Michael M. Baylson
United States District Judge