**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GREENWOOD GAMING &
ENTERTAINMENT, INC.,                    :
                         Plaintiff,     :         CIVIL ACTION
                                        :
                                        :
           v.                           :
                                        :
SKILL OF PENNSYLVANIA, LLC              :
PACE-O-MATIC, INC. AND                  :         NO.: 2:22-CV-04434-MMB
MIELE MANUFACTURING, INC.               :
                         Defendants.    :

**MIELE MANUFACTURING, INC.'S BRIEF IN**
**OPPOSITION TO PLAINTIFF'S MOTION TO OVERRULE IMPROPER**
**OBJECTIONS AND TO COMPEL PRODUCTION OF DOCUMENTS**

AND NOW, comes Defendant Miele Manufacturing, Inc. ("Miele"), by and through its attorney, Marc F. Lovecchio, Esquire, and files this Brief in Opposition to Plaintiff's Motion to Overrule Improper Objections and to Compel Production of Documents (Document 69), as follows:

Miele incorporates the Brief of POM of Pennsylvania, LLC and Pace-O-Matic, Inc. that they filed on October 16, 2023 (Document 70-1) as fully as if said Brief was restated at length herein.

Additionally, Miele notes that its counsel specifically requested on more than one occasion that he meet and confer with Plaintiff's counsel with respect to the disputed issues surrounding the objections that the parties submitted with respect to discovery. (See attached 6-12-2023 email and 9-25-2023 email, collectively marked as Miele Exhibit "A").

In fact, by email dated September 25, 2023, Miele's counsel noted specifically to Plaintiff's counsel that the parties needed to meet to discuss these matters noting that it made sense and was "required". Miele's counsel suggested a meeting during the week of December 18. (See attached 9-25-2023 email, marked as Miele Exhibit "B").

1

Further, Miele's counsel did note in a prior email that same day that it would not be producing any documents in that it was maintaining its objections but noted that if counsel would like to discuss such, a date and time could be set up. (See Miele Exhibit "A).

Further, Plaintiff's counsel ignored Miele's counsel's inquiries regarding Miele's Counsel's discovery requests and in fact has violated the Court's September 21, 2023 Order. More specifically, counsel failed to respond to Miele's counsel's request that its general objections be stricken. Additionally, Plaintiff's counsel failed to address whether it would be producing documents that it indicated it "may" withhold. Even more compelling, Plaintiff has failed to produce, again in violation of the Court's September 21, 2023 Order, documents that it indicated it would produce with respect to 13 different requests (Request No's. 12, 19, 20, 22, 23, 24, 25, 26, 30, 39, 42, 43 and 52). The September 21, 2023 Order of this Court requires the parties to produce documents that were requested but not objected to. (Document 68, para. No. 1).

While defense counsel unilaterally established October 27, 2023 as a deadline, instead of responding to defense counsel's request, Parx simply filed a baseless Motion to Compel.

Of particular concern to Miele is the fact that Parx has misrepresented to this Court the nature of Miele's objections. Miele did not object on the limited basis that Parx suggests. To the contrary, and if the Court reviews Miele's objections, the Court will readily note that its objections are multifaceted.

Under all of the circumstances, Plaintiff's Motion is not substantially justified and the Court should not only deny the Motion but award reasonable attorney's fees to Miele.

2

Respectfully submitted,

**McCORMICK LAW FIRM**

By_____

Marc F. Lovecchio
ID No. 41244
Attorney for Defendant
Miele Manufacturing, Inc.
835 West Fourth Street
Williamsport, PA 17701
Phone: (570) 326-5131
Fax: (570) 326-5529
Email: mlovecchio@mcclaw.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREENWOOD GAMING             :
ENTERTAINMENT, INC.,          :
          Plaintiff,           :    CIVIL ACTION
                                :
                                :
          v.                  :
                                :
POM OF PENNSYLVANIA, LLC    :
PACE-O-MATICE, INC. AND      :    NO.: 2:22-CV-04434-MMB
MIELE MANUFACTURING, INC.    :
          Defendants.        :

**CERTIFICATE OF SERVICE**

I, Marc F. Lovecchio, hereby certify that a true and correct copy of the forgoing **Brief in Opposition to Plaintiff's Motion to Overrule Improper Objections and to Compel Production of Documents** was served electronically on all parties to this matter by way of the Court's electronic notification system on October 17, 2023.

                                  **McCORMICK LAW FIRM**

                                  By_____
                                    Marc F. Lovecchio
                                    ID No. 41244
                                    Attorney for Defendant
                                    Miele Manufacturing, Inc.
                                    835 West Fourth Street
                                    Williamsport, PA 17701
                                    Phone: (570) 326-5131
                                    Fax: (570) 326-5529
                                    Email:mlovecchio@mcclaw.com