**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| GREENWOOD GAMING & ENTERTAINMENT, INC.<br><br>v.<br><br>POM OF PENNSYLVANIA, LLC et al | CIVIL ACTION<br><br>NO. 22-4434<br><br>DATE OF NOTICE: October 31, 2023 |
|---|---|

## NOTICE

Please be advised that a **TELEPHONE CONFERENCE** re status will be held on November 7, 2023 at 3:00 p.m., with the Honorable Michael M. Baylson.  Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

s/ Lori K. DiSanti

_____

Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22cv4434 tc notice re status.doc