**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREENWOOD GAMING & ENTERTAINMENT, INC.**<br><br>**v.**<br><br>**POM OF PENNSYLVANIA, LLC et al** | **CIVIL ACTION**<br><br>**NO. 22-4434**<br><br>**DATE OF NOTICE: November 2, 2023** |

**AMENDED NOTICE**

Please be advised that a **TELEPHONE CONFERENCE** re status will be held on November 6, 2023 at 2:00 p.m.,* with the Honorable Michael M. Baylson.  Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

s/ Lori K. DiSanti

_____
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

**\*Date moved up from 11/7/23 at 3pm by the Court**

O:\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22cv4434 tc notice re status.doc