## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREENWOOD GAMING AND ENTERTAINMENT, INC.**<br><br>v.<br><br>**POM OF PENNSYLVANIA ET AL.** | **CIVIL ACTION**<br><br>**NO. 22-4434** |

### ORDER RE: DISCOVERY DISPUTE

AND NOW this 6th day of November, 2023, following the filing of various motions and memoranda concerning discovery in this case, and this Court's Order dated September 21, 2023 (ECF 68), and an unrecorded telephone conference with counsel this date, it is ORDERED as follows:

1. Defendants' so-called "case theory" objection to producing documents is, at this time, OVERRULED.

2. Counsel are encouraged to agree upon a protective order for confidential/proprietary information being produced, without publication.

3. The Court has scheduled a hearing for November 13, 2023 at 2:00 p.m. in Courtroom 3A if the parties are unable to come to a resolution of Plaintiff's pending motion to compel production of documents.

4. As the Court indicated, "transactional documents" such as agreements/contracts with third parties, and related correspondence, on the subject matter of this case, should be discoverable at this time, without prejudice to further disputes that may arise in good faith.

5. Any document subject to discovery that is not produced because of a claim of privilege or attorney work product must be placed on a log produced to opposing counsel.

BY THE COURT:

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22cv4434 order re discovery dispute.docx