# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

*Phone:*     *(215) 569-5447*
*Fax:*       *(215) 832-5447*
*Email:*     *william.cruse@blankrome.com*

November 10, 2023

**VIA E.C.F.**
Hon. Michael M. Baylson
United States District Court
Eastern District of Pennsylvania

> **Re:    *Greenwood Gaming & Entertainment, Inc. v. POM of Pennsylvania, LLC et al.*, No. 2:22-cv-4434-MMB**

Dear Judge Baylson:

This firm represents Plaintiff Greenwood Gaming & Entertainment, Inc. ("Parx Casino") in the above-referenced matter. We write on behalf of all parties to this matter to report the status of our discussions, in accordance with Your Honor's instructions at the November 6th conference. More specifically, Your Honor asked that we inform the Court whether the November 13th hearing (Doc. 76 at ¶ 3) is required.

The parties are pleased to report that we have reached agreement on the terms of a stipulated protective order, which is submitted herewith for Your Honor's consideration and approval. We also have agreed upon how to proceed with the required meet-and-confer on the parties' respective remaining objections to one another's Requests for Production. At this time, we do not require the November 13th hearing. However, we ask the Court to schedule a status conference in mid-December before the Christmas break (*i.e.,* December 15th or the week of December 18th). This would permit counsel, in the meantime, to engage in a meaningful effort to reach mutual agreement on the remaining objections, and at the December conference, they would be in a position to report on the status of discovery and advise regarding additional assistance from the Court that may be required by any party before the motion to compel deadline on January 31, 2024 (Doc. 68 at ¶ 5).

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

*/s/ William R. Cruse*

William R. Cruse

Enclosure

cc:    All parties (via ECF)