**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREENWOOD GAMING & ENTERTAINMENT, INC.** <br><br> **v.** <br><br> **POM OF PENNSYLVANIA, LLC et al** | **CIVIL ACTION** <br><br> **NO. 22-4434** <br><br> **DATE OF NOTICE: November 13, 2023** |

### <u>NOTICE</u>

Please be advised that **STATUS CONFERENCE** will be held on **WEDNESDAY,**

**December 14, 2023 at 11:00 A.M.** in **COURTROOM 3A,** U.S. Courthouse, 601 Market Street,

Philadelphia, PA  19106 before the Honorable Michael M. Baylson

/s/ Lori K. DiSanti

_____

Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22cv4434 status conf notice.doc