**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., *Plaintiff,* | : : : : | No. 2:22-cv-4434-MMB |
| v. | : : | |
| POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., *Defendants.* | : : : : | |

**POM OF PENNSYLVANIA, LLC AND
PACE-O-MATIC, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Under FRCP 12(c), Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc. (collectively, the POM Defendants) hereby move for judgment on the pleadings due to Plaintiff's failure to state a claim upon which relief can be granted. The Amended Complaint should be dismissed with prejudice. In support of this request, the POM Defendants incorporate by reference the accompanying Brief.

Respectfully submitted,

Dated: November 30, 2023

/s/ Joshua J. Voss
Matthew H. Haverstick (No. 85072)
Edward T. Butkovitz (No. 309565)
Joshua J. Voss (No. 306853)
Shohin H. Vance (No. 323551)
Samantha G. Zimmer (No. 325650)
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Phone: (215) 568-2000
Eml: mhaverstick@kleinbard.com
ebutkovitz@kleinbard.com
jvoss@kleinbard.com
svance@kleinbard.com
szimmer@kleinbard.com
*Attorneys for the POM Defendants*