## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | :    No. 2:22-cv-4434-MMB |
| | : |
| *Plaintiff,* | : |
| v. | : |
| | : |
| POM OF PENNSYLVANIA, LLC, | : |
| PACE-O-MATIC, INC., and | : |
| MIELE MANUFACTURING, INC., | : |
| | : |
| *Defendants.* | : |

## ORDER

AND NOW, this _____ day of _____, 20_____, upon

consideration of the Motion for Judgment on the Pleadings by Defendants POM of

Pennsylvania, LLC and Pace-O-Matic, Inc., and any response thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is further **ORDERED** that the

Amended Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____

Hon. Michael M. Baylson