**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| SKILL OF PENNSYLVANIA, LLC | : | |
| PACE-O-MATICE, INC. AND | : | NO.: 2:22-CV-04434-MMB |
| MIELE MANUFACTURING, INC. | : | |
| Defendants. | : | |

**MIELE MANUFACTURING, INC.'S MOTION
FOR JUDGMENT ON THE PLEADINGS**

Under FRCP 12(c), Defendant Miele Manufacturing, Inc. ("Miele") hereby moves for judgment on the pleadings due to Plaintiff's failure to state a claim upon which relief can be granted. The Amended Complaint should be dismissed with prejudice. In support of this request, Miele incorporates by reference the accompanying Brief.

Respectfully submitted,

**McCORMICK LAW FIRM**

By ___/s/Marc F. Lovecchio_____
      Marc F. Lovecchio
      ID No. 41244
      Attorney for Defendant
      Miele Manufacturing, Inc.
      835 West Fourth Street
      Williamsport, PA 17701
      Phone: (570) 326-5131
      Fax: (570) 326-5529
      Email: mlovecchio@mcclaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| POM OF PENNSYLVANIA, LLC | : | |
| PACE-O-MATICE, INC. AND | : | NO.: 2:22-CV-04434-MMB |
| MIELE MANUFACTURING, INC. | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Marc F. Lovecchio, hereby certify that a true and correct copy of the forgoing ***Motion for Judgment on the Pleadings*** was served electronically on all parties to this matter by way of the Court's electronic notification system on November 30, 2023.

McCORMICK LAW FIRM

By ___/s/ Marc F. Lovecchio, Esquire___
    Marc F. Lovecchio
    ID No. 41244
    Attorney for Defendant
    Miele Manufacturing, Inc.
    835 West Fourth Street
    Williamsport, PA 17701
    Phone: (570) 326-5131
    Fax: (570) 326-5529
    Email: mlovecchio@mcclaw.com