## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREENWOOD GAMING                 :
ENTERTAINMENT, INC.,               :
           Plaintiff,            :       CIVIL ACTION
                                        :
                                        :
       v.                         :
                                        :
SKILL OF PENNSYLVANIA, LLC       :
PACE-O-MATICE, INC. AND          :       NO.: 2:22-CV-04434-MMB
MIELE MANUFACTURING, INC.        :
           Defendants.         :

## MIELE MANUFACTURING, INC.'S BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

Miele incorporates the Brief and Exhibit filed by Defendants POM of

Pennsylvania, LLC and Pace-O-Matic, Inc. on 11-30-2023 (Documents 80-1, 80-2),

as fully as if said Brief and Exhibit were restated at length herein.

Respectfully submitted,

**McCORMICK LAW FIRM**

By      /s/Marc F. Lovecchio, Esquire
            Marc F. Lovecchio
            ID No. 41244
            Attorney for Defendant
            Miele Manufacturing, Inc.
            835 West Fourth Street
            Williamsport, PA 17701
            Phone: (570) 326-5131
            Fax: (570) 326-5529
            Email: mlovecchio@mcclaw.com