# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREENWOOD GAMING &
ENTERTAINMENT, INC.,                    :
                Plaintiff,     :       CIVIL ACTION
                                   :
                                   :
        v.                              :
                                   :
POM OF PENNSYLVANIA, LLC                 :
PACE-O-MATICE, INC. AND                  :       NO.: 2:22-CV-04434-MMB
MIELE MANUFACTURING, INC.                :
                Defendants.    :

## ORDER

AND NOW, this _____ day of December, 2023, upon consideration of the

Motion for Judgment on the Pleadings by Miele Manufacturing, Inc. and any

response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and is

further **ORDERED** that the Amended Complaint is **DISMISSED WITH**

**PREJUDICE.**

                                  BY THE COURT

                                  _____

                                  Hon. Michael M. Baylson