**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC.,     *Plaintiff,* | :    No. 2:22-cv-4434-MMB |
| v. | : |
| POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC.,     *Defendants.* | : |

**JOINT MOTION TO EXTEND RESPONSE DEADLINE AND TO STAY DISCOVERY**

Plaintiff and Defendants hereby jointly move for an order (1) granting Plaintiff until January 9, 2024 to respond to the Defendants' Motions for Judgment on the Pleadings (Documents 80 and 81); (2) staying discovery until at least January 9, 2024, without prejudice to Defendants seeking a longer stay; and (3) extending the current motion to compel deadline (Document 68, ¶ 5) to March 4, 2024. In further support of this Motion, the Parties jointly state as follows.

On November 30, 2024, the POM Defendants (at Doc. 80) and Defendant Miele Manufacturing (at Doc. 81) moved for judgment on the pleadings based on the Commonwealth Court's recent decision in *In re Three Pennsylvania Skill Amusement Devices*, No. 707 CD 2023, ___A.3d____, 2023 WL 8264547 (Pa. Cmwlth. Nov. 30, 2023). Presently, Plaintiff's responses to the Motions are due on or before December 14, 2023. *See* LR 7.1(c). Plaintiff wishes to submit responses to the Motions after reviewing any petition for allowance of appeal that the Commonwealth may file in *In re Three*, which petition is due on January 2, 2024.

*See* Pa.R.A.P. 1112(a) & 1113(a). Thus, Plaintiff, with Defendants' consent, seeks leave to file the responses on or before January 9, 2024.

Separately, per various Orders of this Court, the parties have been engaged in discovery. However, pending further proceedings on the Motions for Judgment on the Pleadings, as described above, the Parties jointly wish to stay all discovery obligations until at least January 9, 2024. This request is without prejudice to Defendants seeking a longer stay of discovery by separate motion. Related to this request, the Parties also jointly ask that the current deadline to file motions to compel related to discovery, which is January 31, 2024, *see* Sept. 21, 2023 Order at ¶ 5 (Doc. 68), be extended to March 4, 2024.

Therefore, the Parties jointly move this Court to enter an Order (1) granting Plaintiff until January 9, 2024 to respond to the Defendants' Motions for Judgment on the Pleadings; (2) staying discovery until at least January 9, 2024, without prejudice to Defendants seeking a longer stay; and (3) extending the current motion to compel deadline to March 4, 2024.

Respectfully submitted,

/s/ Joshua J. Voss
Matthew H. Haverstick (No. 85072)
Edward T. Butkovitz (No. 309565)
Joshua J. Voss (No. 306853)
Shohin H. Vance (No. 323551)
Samantha G. Zimmer (No. 325650)
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Phone: (215) 568-2000
Eml: mhaverstick@kleinbard.com
ebutkovitz@kleinbard.com
jvoss@kleinbard.com
svance@kleinbard.com
szimmer@kleinbard.com
*Attorneys for the POM Defendants*

/s/ Rebecca Ward (with consent)
William R. Cruse, Esq.
Rebecca D. Ward, Esq.
Danielle C. Hudson, Esq.
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
William.Cruse@blankrome.com
Rebecca.Ward@blankrome.com
Danielle.Hudson@blankrome.com

Gary Samms, Esq.
Richard Limburg, Esq.
OBERMAYER REBMANN MAXWELL
& HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Gary.Samms@obermayer.com
Richard.Limburg@obermayer.com
*Attorneys for Plaintiff Greenwood
Gaming & Entertainment, Inc.*

/s/ Marc F. Lovecchio (with consent)
Marc F. Lovecchio, Esq.
McCORMICK LAW FIRM
835 West Fourth Street
Williamsport, PA 17701
mlovecchio@mcclaw.com
*Attorney for Defendant Miele
Manufacturing, Inc.*

Dated: December 4, 2023

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Joint Motion to Extend Response Deadline and to Stay Discovery to be served via the Court's CM/ECF system on the following:

Gary Samms, Esq.
Richard Limburg, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Gary.Samms@obermayer.com
Richard.Limburg@obermayer.com

William R. Cruse, Esq.
Danielle C. Hudson, Esq.
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
William.Cruse@blankrome.com
Danielle.Hudson@blankrome.com

*Attorneys for Plaintiff Greenwood Gaming & Entertainment, Inc.*

Marc F. Lovecchio, Esq.
McCORMICK LAW FIRM
835 West Fourth Street
Williamsport, PA 17701
mlovecchio@mcclaw.com

*Attorney for Defendant Miele Manufacturing, Inc.*

Dated: December 4, 2023          /s/ Joshua J. Voss