## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GREENWOOD GAMING AND ENTERTAINMENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br><br> *Defendants.* | Case No 2:22-CV-4434 |

### NOTICE OF ENTRY OF APPEARANCE

To the Clerk of the U.S. District Court:

Kindly enter the appearance of Rebecca D. Ward, Esquire, on behalf of Plaintiff

Greenwood Gaming and Entertainment, Inc. in the above matter.

BLANK ROME LLP

*/s/ Rebecca D. Ward*
Rebecca D. Ward (ID # 79547)
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103
215-569-5500
rebecca.ward@blankrome.com

*Attorney for Plaintiff*

Date: December 4, 2023

133811194

**CERTIFICATE OF SERVICE**

I, Rebecca D. Ward, Esquire, hereby certify that I caused a true and correct copy of the foregoing Entry of Appearance to be served via the Court's CM/ECF system on all parties of record.

/s/ Rebecca D. Ward
Rebecca D. Ward

Date: December 4, 2023

133811194