**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GREENWOOD GAMING &                          :
ENTERTAINMENT, INC.,                        :    No. 2:22-cv-4434-MMB
                                            :
    *Plaintiff,*                               :
                                            :
v.                                          :
                                            :
POM OF PENNSYLVANIA, LLC,                    :
PACE-O-MATIC, INC., and                     :
MIELE MANUFACTURING, INC.,                  :
                                            :
    *Defendants.*                              :

## ORDER

AND NOW, this 5th day of December, 20 23, upon

consideration of the Joint Motion to Extend response Deadline and to Stay

Discovery, it is hereby **ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that (1) Plaintiff shall file responses to the Motions for Judgment on

the Pleadings (Documents 80 and 81) or before January 9, 2024; (2) all discovery is

presently stayed until January 9, 2024, without prejudice to Defendants seeking a

longer stay; and (3) the deadline to file motions to compel is hereby extended to

March 4, 2024.

BY THE COURT:

/s/ Michael M. Baylson
Hon. Michael M. Baylson