**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., <br>     *Plaintiff,* <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, <br> PACE-O-MATIC, INC., and <br> MIELE MANUFACTURING, INC., <br>     *Defendants.* | : <br> :    No. 2:22-cv-4434-MMB <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**POM OF PENNSYLVANIA, LLC AND
PACE-O-MATIC, INC.'S MOTION TO STAY DISCOVERY**

Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc. (collectively, the POM Defendants) hereby move for a stay of discovery. Defendant Miele Manufacturing, Inc. advised that it joins in the stay request. A stay is warranted in light of the potentially dispositive Motion for Judgment on the Pleadings filed by the POM Defendants. In support of this request, the POM Defendants incorporate by reference the accompanying Brief.

Respectfully submitted,

Dated: January 8, 2024

/s/ Joshua J. Voss
Matthew H. Haverstick (No. 85072)
Edward T. Butkovitz (No. 309565)
Joshua J. Voss (No. 306853)
Shohin H. Vance (No. 323551)
Samantha G. Zimmer (No. 325650)
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Phone: (215) 568-2000
Eml: mhaverstick@kleinbard.com
ebutkovitz@kleinbard.com
jvoss@kleinbard.com
svance@kleinbard.com

*Attorneys for the POM Defendants*    szimmer@kleinbard.com