**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : |
|  | :   No. 2:22-cv-4434-MMB |
|  | : |
| *Plaintiff,* | : |
| v. | : |
|  | : |
| POM OF PENNSYLVANIA, LLC, | : |
| PACE-O-MATIC, INC., and | : |
| MIELE MANUFACTURING, INC., | : |
|  | : |
| *Defendants.* | : |

<u>**ORDER**</u>

AND NOW, this _____ day of _____, 20_____, upon

consideration of the Motion to Stay Discovery by Defendants POM of Pennsylvania,

LLC and Pace-O-Matic, Inc. (collectively, the POM Defendants), and any response

thereto, it is hereby **ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that all discovery, including all discovery deadlines, is **STAYED** until

further Order of the Court.

BY THE COURT:

_____

Hon. Michael M. Baylson