# EXHIBIT 3

Supreme Court of Pennsylvania



Appeal Docket Sheet

Docket Number:  12 EAP 2023

Page 1 of 10

January 7, 2024

| CAPTION |
|---|

POM of Pennsylvania, LLC

v.

Commonwealth of Pennsylvania, Department of Revenue,  and City of Philadelphia

Appeal of:  Greenwood Gaming and Entertainment, Inc., d/b/a Parx Casino, Downs Racing, L.P., d/b/a Mohegan Sun Pocono, Mountainview Thoroughbred Racing Association, LLC, d/b/a Hollywood Casino at Penn National Race Course, Washington Trotting Association, LLC, d/b/a Hollywood Casino  at the Meadows, Chester Downs and Marina, LLC, d/b/a Harrah's Philadelphia Casino & Racetrack, and Wind Creek Bethlehem, LLC, d/b/a Wind Creek Bethlehem

| CASE INFORMATION |
|---|

Initiating Document:        Notice of Appeal

Case Status:        Closed
Journal Number:

Case Category:        Civil                    Case Type(s):        Declaratory Judgment

| CONSOLIDATED CASES | RELATED CASES |
|---|---|

| Docket No / Reason | Type |
|---|---|
| 503 MD 2018 | Related |
| Same Issue(s) | |
| POM of PA, LLC v. PSP, Bur. of Liq. Ctrl Enf. | |
| 222 MD 2022 | Related |
| Same Issue(s) | |
| POM of PA v. Bureau of Liquor Control et al. | |
| 10 EAP 2023 | Related |
| Same Issue(s) | |
| POM of Pa v. Dep. of Rev., et al.,  Apl. of: DOR | |
| 11 EAP 2023 | Related |
| Same Issue(s) | |
| POM of PA v. Dept of Revenue, Apl of: PGCB | |
| 28 EAP 2023 | Related |
| Similar Issues | |
| POM of PA, LLC v. PSP, Apl. of:  Greenwood, et al. | |
| 29 EAP 2023 | Related |
| Similar Issues | |
| POM of PA, LLC v. PSP, Apl of: PA Gam. Control Bd. | |
| 72 EM 2023 | Related |
| Similar Issues | |
| POM of PA, LLC v. PSP, Pet. of: Greenwood, et al. | |
| 78 EM 2023 | Related |
| Similar Issues | |
| POM of PA, LLC v. PSP, Pet. of: Pa. GCB | |
| 607 MAL 2023 | Related |
| Similar Issues | |
| In re: Four PA Skill Amusement (Commonwealth) | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

## Supreme Court of Pennsylvania



## Appeal Docket Sheet

**Docket Number:  12 EAP 2023**

**Page 2 of 10**

**January 7, 2024**

| RELATED CASES | |
|---|---|
| **Docket No / Reason** | **Type** |
| 7 MAL 2024 | Related |
| Same Record Below | |
| In re: Three PA Skill Amusement (Commonwealth) | |

| COUNSEL INFORMATION |
|---|

| | |
|---|---|
| Attorney: | Cunningham, John J., IV |
| Address: | Lamb Mcerlane Pc |
| | Po Box 565 |
| | West Chester, PA 19381-0565 |
| Phone No: | (610) 430-8000 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                    Email: |
| Representing: | Chester Downs and Marina, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Downs Racing, L.P., Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Greenwood Gaming and Entertainment et al., Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Mountainview Thoroughbred Racing Association, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Washington Trotting Association, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Wind Creek Bethlehem, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

**Supreme Court of Pennsylvania**



**Appeal Docket Sheet**

**Docket Number:  12 EAP 2023**

**Page 3 of 10**

**January 7, 2024**

| COUNSEL INFORMATION |
|---|

| Attorney: | Frank, Joel L. |
|---|---|
| Address: | 3405 West Chester Pike |
| | Newtown Square, PA 19073 |
| Phone No: | (610) 701-4409 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                    Email: |
| Representing: | Chester Downs and Marina, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Downs Racing, L.P., Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Greenwood Gaming and Entertainment et al., Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Mountainview Thoroughbred Racing Association, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Washington Trotting Association, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Wind Creek Bethlehem, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |

| Attorney: | Withers, Scot Russel |
|---|---|
| | Lamb McErlane, PC |
| Address: | 24 E Market St |
| | P.O. Box 565 |
| | West Chester, PA 19381-0515 |
| Phone No: | (610) 430-8000 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                    Email: |
| Representing: | Chester Downs and Marina, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Downs Racing, L.P., Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Mountainview Thoroughbred Racing Association, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Washington Trotting Association, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Wind Creek Bethlehem, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

**Supreme Court of Pennsylvania**



**Appeal Docket Sheet**

**Docket Number:  12 EAP 2023**

**Page 4 of 10**

**January 7, 2024**

| COUNSEL INFORMATION |
|---|

| Attorney: | Greenspon, Jason Robert |
|---|---|
| | Philadelphia Law Department |
| Address: | City Of Philadelphia Law Department |
| | 1515 Arch St 15th Fl |
| | Philadelphia, PA 19102 |
| Phone No: | (215) 683-5102 |
| Receive Mail: | Yes |
| Receive EMail: | Yes            Email: |
| Representing: | City of Philadelphia, Appellee |
| Pro Se: | No |
| IFP Status: | |

| Attorney: | Haverstick, Matthew Hermann |
|---|---|
| | Kleinbard LLC |
| Address: | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 568-2000 |
| Receive Mail: | Yes |
| Receive EMail: | Yes            Email: |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| Attorney: | Romano, Karen Mascio |
|---|---|
| | PA Office of Attorney General |
| Address: | PA Ofc of Attorney General |
| | Strawberry Sq Fl 15 |
| | Harrisburg, PA 17120 |
| Phone No: | (717) 787-2717 |
| Receive Mail: | Yes |
| Receive EMail: | Yes            Email: |
| Representing: | Department of Revenue, Appellee |
| Pro Se: | No |
| IFP Status: | |

| Attorney: | Zimmermann, Chad Westcott |
|---|---|
| | PENNSYLVANIA GAMING CONTROL BOARD |
| Address: | Pa Gaming Control Board |
| | 303 Walnut St Fl 5 |
| | Harrisburg, PA 17101 |
| Phone No: | (717) 265-8356 |
| Receive Mail: | Yes |
| Receive EMail: | Yes            Email: |
| Representing: | Pennsylvania Gaming Control Board, Appellee |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

**Supreme Court of Pennsylvania**



**Appeal Docket Sheet**

**Docket Number:  12 EAP 2023**

**Page 5 of 10**

**January 7, 2024**

| COUNSEL INFORMATION |
|---|

| Attorney: | Boland, Nicole Jeanne |
|---|---|
| | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| Address: | Pa Office Of Attorney General |
| | 15TH Fl Strawberry Sq |
| | Harrisburg, PA 17120 |
| Phone No: | (717) 783-3146 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                          Email: |
| Representing: | Department of Revenue, Appellee |
| Pro Se: | No |
| IFP Status: | |

| Attorney: | Bray, Kristin Kathryn |
|---|---|
| | Philadelphia Law Department |
| Address: | City Of Philadelphia Law Department |
| | 1515 Arch Street, PA 19102 |
| Phone No: | (215) 683-5408 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                          Email: |
| Representing: | City of Philadelphia, Appellee |
| Pro Se: | No |
| IFP Status: | |

| Attorney: | Brier, Daniel Thomas |
|---|---|
| | Myers, Brier & Kelly, LLP |
| Address: | Myers Brier & Kelly |
| | 425 Spruce St Ste 200 |
| | Scranton, PA 18503 |
| Phone No: | (570) 342-6100 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                          Email: |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| Attorney: | Butkovitz, Edward Thomas |
|---|---|
| | Kleinbard, LLC |
| Address: | Kleinbard LLC |
| | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 568-2000 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                          Email: |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Supreme Court of Pennsylvania**



**Appeal Docket Sheet**

**Docket Number:  12 EAP 2023**

**Page 6 of 10**

**January 7, 2024**

| COUNSEL INFORMATION |
|---|

| Attorney: | Cook, Stephen S. |
|---|---|
|  | Pennsylvania Gaming Control Board |
| Address: | Pa Gaming Control Bd |
|  | Po Box 69060 |
|  | Harrisburg, PA 17106-9060 |
| Phone No: | (717) 346-8300 |
| Receive Mail: | Yes |
| Receive EMail: | Yes           Email: |
| Representing: | Pennsylvania Gaming Control Board, Appellee |
| Pro Se: | No |
| IFP Status: |  |

| Attorney: | Dang, Miranda Lu |
|---|---|
| Address: | Kleinbard LLC |
|  | 1717 Arch St., 5th Floor |
|  | Philadelphia, PA 19103 |
| Phone No: | (267) 535-5759 |
| Receive Mail: | Yes |
| Receive EMail: | Yes           Email: |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: |  |

| Attorney: | DeSiderato, Jerry Robert |
|---|---|
|  | Dilworth Paxson, LLP |
| Address: | Dilworth Paxson Llp |
|  | 1500 Market St Ste 3500 |
|  | Philadelphia, PA 19102-2101 |
| Phone No: | (215) 575-7000 |
| Receive Mail: | Yes |
| Receive EMail: | Yes           Email: |
| Representing: | City of Philadelphia, Appellee |
| Pro Se: | No |
| IFP Status: |  |

| Attorney: | Ford, Timothy James |
|---|---|
|  | Dilworth Paxson LLP |
| Address: | 1500 Market St Ste 3500 |
|  | Philadelphia, PA 19102 |
| Phone No: | (215) 575-7017 |
| Receive Mail: | Yes |
| Receive EMail: | Yes           Email: |
| Representing: | City of Philadelphia, Appellee |
| Pro Se: | No |
| IFP Status: |  |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

## Supreme Court of Pennsylvania



### Appeal Docket Sheet

**Docket Number:  12 EAP 2023**

**Page 7 of 10**

**January 7, 2024**

| COUNSEL INFORMATION |
|---|

| Attorney: | Gagne, Paul Gerard |
|---|---|
| | Kleinbard LLC |
| Address: | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 523-5302 |
| Receive Mail: | Yes |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| Attorney: | Rullo, Michael Joseph |
|---|---|
| | Philadelphia City Solicitor's Office |
| Address: | 1515 Arch St |
| | 15th Floor |
| | Philadelphia, PA 19123 |
| Phone No: | (484) 883-3309 |
| Receive Mail: | Yes |
| Receive EMail: | Yes | Email: |
| Representing: | City of Philadelphia, Appellee |
| Pro Se: | No |
| IFP Status: | |

| Attorney: | Scarinci, Michael John |
|---|---|
| | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| Address: | Pa Office Of Attorney General |
| | 15TH Floor Strawberry Sq |
| | Harrisburg, PA 17120 |
| Phone No: | (717) 857-2184 |
| Receive Mail: | Yes |
| Representing: | Department of Revenue, Appellee |
| Pro Se: | No |
| IFP Status: | |

| Attorney: | Schreiner, Eric Joseph |
|---|---|
| | Kleinbard LLC |
| Address: | One Liberty Place, 46th Floor |
| | 1650 Market Street |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 568-2000 |
| Receive Mail: | Yes |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

Supreme Court of Pennsylvania



Appeal Docket Sheet

Docket Number:  12 EAP 2023

Page 8 of 10

January 7, 2024

## COUNSEL INFORMATION

| | |
|---|---|
| Attorney: | Vance, Shohin Hadizadeh |
| | Kleinbard, LLC |
| Address: | Kleinbard LLC |
| | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (267) 443-4124 |
| Receive Mail: | Yes |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | | | |
|---|---|---|---|
| Attorney: | Walsh, Donna Ann | | |
| | Myers, Brier & Kelly, LLP | | |
| Address: | 425 Spruce St | | |
| | Ste 200 | | |
| | Scranton, PA 18503 | | |
| Phone No: | (570) 342-6100 | | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | Email: | |
| Representing: | POM of Pennsylvania, LLC, Appellee | | |
| Pro Se: | No | | |
| IFP Status: | | | |

## SUPREME COURT INFORMATION

| | |
|---|---|
| Appeal From: | the Discontinuance of this action entered on February 7, 2023, in the Commonwealth Court at No. 418 MD 2018. |
| Appeal Filed Below: | 3/20/2023  12:00:00AM |

| | | | |
|---|---|---|---|
| Probable Jurisdiction Noted: | | Docketed Date: | March 24, 2023 |
| Allocatur/Miscellaneous Granted: | | Allocatur/Miscellaneous Docket No.: | |
| Allocatur/Miscellaneous Grant Order: | | | |

## FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 03/24/2023 | Notice of Appeal | 90.25 | 04/13/2023 | 2023-SUP-E-000454 | 90.25 |

## INTERMEDIATE APPELLATE COURT INFORMATION

| | | | |
|---|---|---|---|
| Court Name: | | Docket Number: | |
| Date of Order: | | Rearg/Recon Disp Date: | |
| | | Rearg/Recon Disposition: | |

Judge(s):
Intermediate Appellate Court Action:
Referring Court:

## AGENCY/TRIAL COURT INFORMATION

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

**Supreme Court of Pennsylvania**



**Appeal Docket Sheet**

**Docket Number:  12 EAP 2023**

**Page 9 of 10**

**January 7, 2024**

| | |
|---|---|
| Court Below: | Commonwealth Court of Pennsylvania |
| County: | Division:  Commonwealth Court of Pennsylvania |
| Date of Agency/Trial Court Order: | March 7, 2023 |
| Docket Number: | 418 MD 2018 |
| Judge(s): | OTN: |
| Order Type: | Order |

| ORIGINAL RECORD CONTENT | | |
|---|---|---|
| Original Record Item | Filed Date | Content/Description |

**Record Remittal:**

| DISPOSITION INFORMATION | | | |
|---|---|---|---|
| Related Journal No: | | Judgment Date: | July 21, 2023 |
| Category: | Decided | Disposition Author: | Per Curiam |
| Disposition: | Quashed | Disposition Date: | July 21, 2023 |
| Dispositional Filing: | **Order** | Author: | Per Curiam |
| Filed Date: | July 21, 2023 | | |

| DOCKET ENTRY | | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| March 20, 2023 | **Notice of Appeal** | | |
| | | Appellant | Chester Downs and Marina, LLC |
| | | Appellant | Downs Racing, L.P. |
| | | Appellant | Greenwood Gaming and Entertainment et al. |
| | | Appellant | Mountainview Thoroughbred Racing Association, LLC |
| | | Appellant | Washington Trotting Association, LLC |
| | | Appellant | Wind Creek Bethlehem, LLC |
| March 20, 2023 | **Jurisdictional Statement** | | |
| | | Appellant | Chester Downs and Marina, LLC |
| | | Appellant | Downs Racing, L.P. |
| | | Appellant | Greenwood Gaming and Entertainment et al. |
| | | Appellant | Mountainview Thoroughbred Racing Association, LLC |
| | | Appellant | Washington Trotting Association, LLC |
| | | Appellant | Wind Creek Bethlehem, LLC |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

## Supreme Court of Pennsylvania



### Appeal Docket Sheet

**Docket Number:  12 EAP 2023**

**Page 10 of 10**

**January 7, 2024**

| DOCKET ENTRY | | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **March 27, 2023** | **Praecipe for Appearance** | | |
| | Department of Revenue | Appellee | Scarinci, Michael John |
| **March 29, 2023** | **No Answer Letter to Jurisdictional Statement** | | |
| | | Appellee | Pennsylvania Gaming Control Board |
| **March 29, 2023** | **Answer to Jurisdictional Statement** | | |
| | | Appellee | POM of Pennsylvania, LLC |
| **March 31, 2023** | **No Answer Letter to Jurisdictional Statement** | | |
| | | Appellee | City of Philadelphia |
| **July 21, 2023** | **Quashed** | | |
| | | | Per Curiam |

Comments:
AND NOW, this 21st day of July, 2023, the Notice of Appeal is QUASHED.  See 42 Pa.C.S. § 723(a) (limiting this Court's jurisdiction to "appeals from final orders of the Commonwealth Court entered in any matter which was originally commenced in the Commonwealth Court"); Pa.R.A.P. 341(b)(1) (defining a final order as one that "disposes of all claims and of all parties"); Pa.R.Civ.P. 232(a) ("A discontinuance or nonsuit shall not affect the right of the defendant to proceed with a counterclaim theretofore filed.").  Cf. Melvin v. Doe, 836 A.2d 42, 44 n.4 (Pa. 2003) ("[A]n order denying a motion for summary judgment does not terminate the litigation, and thus is not an appealable order.").

| | | | |
|---|---|---|---|
| **July 21, 2023** | **Order Exited** | | |
| | | | Office of the Prothonotary |
| **August 9, 2023** | **No Original Record Received - Order Exited to Lower Court** | | |
| | | | Office of the Prothonotary |

| CROSS COURT ACTIONS | |
|---|---|
| Docket Number: | 10 EAP 2023 |
| Docket Number: | 11 EAP 2023 |
| Docket Number: | 418 MD 2018 |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.