**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br><br> *Defendants.* | No. 2:22-cv-4434-MMB |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants' Motions for Judgment on the Pleadings (ECF Nos. 80 & 81) and Plaintiff Greenwood Gaming & Entertainment, Inc.'s Opposition thereto, it is hereby **ORDERED** and **DECREED** that the Motions are **DENIED**.

_____
Hon. Michael M. Baylson
United States District Judge