**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| SKILL OF PENNSYLVANIA, LLC | : | |
| PACE-O-MATICE, INC. AND | : | NO.: 2:22-CV-04434-MMB |
| MIELE MANUFACTURING, INC. | : | |
| Defendants. | : | |

**MIELE MANUFACTURING, INC.'S
REPLY BRIEF IN FURTHER SUPPORT OF
MOTION FOR JUDGMENT ON THE PLEADINGS**

Per Section C.2 of the Court's Pretrial and Trial Procedures – Civil Cases, Miele

Manufacturing, Inc. ("Miele") submits this Reply Brief in further support of its Motion for Judgment

on the Pleadings (Doc. 81).

**I.     ARGUMENT**

Miele incorporates as fully as if set forth herein, the Reply Brief of Defendants POM of

Pennsylvania, LLC and Pace-O-Matic, Inc. (Doc 87).

Respectfully submitted,

McCORMICK LAW FIRM

By: */s/ Marc F. Lovecchio*
Marc F. Lovecchio (No. 41244)
835 West Fourth Street
Williamsport, PA 17701
Phone: (570) 326-5131
Email: mlovecchio@mcclaw.com
*Attorney for Defendant Miele
Manufacturing, Inc.*

Dated:  January 16, 2024

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| SKILL OF PENNSYLVANIA, LLC | : | |
| PACE-O-MATICE, INC. AND | : | NO.: 2:22-CV-04434-MMB |
| MIELE MANUFACTURING, INC. | : | |
| Defendants. | : | |

**CERTIFICATE OF
SERVICE**

I, Marc F. Lovecchio, certify that I caused a true and correct copy of the Defendant Miele

Manufacturing, Inc's. Reply Brief in further support of Motion to Dismiss Plaintiff's Amended

Complaint to be served via the Court's CM/ECF system on the 16th day of January 2024, on the

following:

Gary Samms, Esq. Richard Limburg, Esq.
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Gary.Samms@obermayer.com
Richard.Limburg@obermayer.com
*Attorneys for Plaintiff Greenwood Gaming &
Entertainment, Inc.*

Matthew H. Haverstick, Esq.
Shohin H. Vance, Esq.
Samantha G. Zimmer, Esq.
Edward T. Butkovitz, Esq.
Joshua J. Voss, Esq.
KLEINBARD LLC
Three Logan Square, 5th Floor 1717 Arch
Street
Philadelphia, PA 19103
mhavrstick@kleinbard.com
ebutkovitz@kleinbard.com
svance@kleinbard.com
jvoss@kleinbard.com
szimmer@klinbard.com
*Attorneys for the POM Defendants*

`                                    McCORMICK LAW FIRM


By: s/Marc F. Lovecchio
   Attorney ID No. 41244
   835 West Fourth Street
   Williamsport, PA 17701
   Phone: (570) 326-5131
   Email: mlovecchio@mcclaw.com