# EXHIBIT 3

Supreme Court of Pennsylvania



Appeal Docket Sheet

Docket Number:  12 EAP 2023

Page 1 of 10

January 7, 2024

| CAPTION |
|---|

POM of Pennsylvania, LLC

v.

Commonwealth of Pennsylvania, Department of Revenue,  and City of Philadelphia

Appeal of:  Greenwood Gaming and Entertainment, Inc., d/b/a Parx Casino, Downs Racing, L.P., d/b/a Mohegan Sun Pocono, Mountainview Thoroughbred Racing Association, LLC, d/b/a Hollywood Casino at Penn National Race Course, Washington Trotting Association, LLC, d/b/a Hollywood Casino  at the Meadows, Chester Downs and Marina, LLC, d/b/a Harrah's Philadelphia Casino & Racetrack, and Wind Creek Bethlehem, LLC, d/b/a Wind Creek Bethlehem

| CASE INFORMATION |
|---|

Initiating Document:       Notice of Appeal

Case Status:       Closed
Journal Number:

Case Category:       Civil

Case Type(s):       Declaratory Judgment

| CONSOLIDATED CASES | RELATED CASES |
|---|---|

| Docket No / Reason | Type |
|---|---|
| 503 MD 2018 | Related |
| Same Issue(s) | |
| POM of PA, LLC v. PSP, Bur. of Liq. Ctrl Enf. | |
| 222 MD 2022 | Related |
| Same Issue(s) | |
| POM of PA v. Bureau of Liquor Control et al. | |
| 10 EAP 2023 | Related |
| Same Issue(s) | |
| POM of Pa v. Dep. of Rev., et al.,  Apl. of: DOR | |
| 11 EAP 2023 | Related |
| Same Issue(s) | |
| POM of PA v. Dept of Revenue, Apl of: PGCB | |
| 28 EAP 2023 | Related |
| Similar Issues | |
| POM of PA, LLC v. PSP, Apl. of:  Greenwood, et al. | |
| 29 EAP 2023 | Related |
| Similar Issues | |
| POM of PA, LLC v. PSP, Apl of: PA Gam. Control Bd. | |
| 72 EM 2023 | Related |
| Similar Issues | |
| POM of PA, LLC v. PSP, Pet. of: Greenwood, et al. | |
| 78 EM 2023 | Related |
| Similar Issues | |
| POM of PA, LLC v. PSP, Pet. of: Pa. GCB | |
| 607 MAL 2023 | Related |
| Similar Issues | |
| In re: Four PA Skill Amusement (Commonwealth) | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

| Supreme Court of Pennsylvania | | Appeal Docket Sheet |
|---|---|---|



**Docket Number:  12 EAP 2023**

**Page 2 of 10**

**January 7, 2024**

| RELATED CASES | |
|---|---|
| Docket No / Reason | Type |
| 7 MAL 2024 | Related |
| Same Record Below | |
| In re: Three PA Skill Amusement (Commonwealth) | |

| COUNSEL INFORMATION |
|---|

| | |
|---|---|
| Attorney: | Cunningham, John J., IV |
| Address: | Lamb Mcerlane Pc |
| | Po Box 565 |
| | West Chester, PA 19381-0565 |
| Phone No: | (610) 430-8000 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                    Email: |
| Representing: | Chester Downs and Marina, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Downs Racing, L.P., Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Greenwood Gaming and Entertainment et al., Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Mountainview Thoroughbred Racing Association, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Washington Trotting Association, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Wind Creek Bethlehem, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Supreme Court of Pennsylvania**



**Appeal Docket Sheet**

**Docket Number:  12 EAP 2023**

**Page 3 of 10**

**January 7, 2024**

| COUNSEL INFORMATION |
|---|

| | |
|---|---|
| Attorney: | Frank, Joel L. |
| Address: | 3405 West Chester Pike |
| | Newtown Square, PA 19073 |
| Phone No: | (610) 701-4409 |
| Receive Mail: | Yes |
| Receive EMail: | Yes        Email: |
| Representing: | Chester Downs and Marina, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Downs Racing, L.P., Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Greenwood Gaming and Entertainment et al., Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Mountainview Thoroughbred Racing Association, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Washington Trotting Association, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Wind Creek Bethlehem, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Withers, Scot Russel |
| | Lamb McErlane, PC |
| Address: | 24 E Market St |
| | P.O. Box 565 |
| | West Chester, PA 19381-0515 |
| Phone No: | (610) 430-8000 |
| Receive Mail: | Yes |
| Receive EMail: | Yes        Email: |
| Representing: | Chester Downs and Marina, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Downs Racing, L.P., Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Mountainview Thoroughbred Racing Association, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Washington Trotting Association, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Wind Creek Bethlehem, LLC, Appellant |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

**Supreme Court of Pennsylvania**



**Appeal Docket Sheet**

**Docket Number:  12 EAP 2023**

**Page 4 of 10**

**January 7, 2024**

| COUNSEL INFORMATION |
|---|

| | |
|---|---|
| Attorney: | Greenspon, Jason Robert |
| | Philadelphia Law Department |
| Address: | City Of Philadelphia Law Department |
| | 1515 Arch St 15th Fl |
| | Philadelphia, PA 19102 |
| Phone No: | (215) 683-5102 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                Email: |
| Representing: | City of Philadelphia, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Haverstick, Matthew Hermann |
| | Kleinbard LLC |
| Address: | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 568-2000 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                Email: |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Romano, Karen Mascio |
| | PA Office of Attorney General |
| Address: | PA Ofc of Attorney General |
| | Strawberry Sq Fl 15 |
| | Harrisburg, PA 17120 |
| Phone No: | (717) 787-2717 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                Email: |
| Representing: | Department of Revenue, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Zimmermann, Chad Westcott |
| | PENNSYLVANIA GAMING CONTROL BOARD |
| Address: | Pa Gaming Control Board |
| | 303 Walnut St Fl 5 |
| | Harrisburg, PA 17101 |
| Phone No: | (717) 265-8356 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                Email: |
| Representing: | Pennsylvania Gaming Control Board, Appellee |
| Pro Se: | No |
| IFP Status: | |

## Supreme Court of Pennsylvania



### Appeal Docket Sheet

**Docket Number:  12 EAP 2023**

**Page 5 of 10**

**January 7, 2024**

| COUNSEL INFORMATION |
|---|

| | |
|---|---|
| Attorney: | Boland, Nicole Jeanne |
| | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| Address: | Pa Office Of Attorney General |
| | 15TH Fl Strawberry Sq |
| | Harrisburg, PA 17120 |
| Phone No: | (717) 783-3146 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                Email: |
| Representing: | Department of Revenue, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Bray, Kristin Kathryn |
| | Philadelphia Law Department |
| Address: | City Of Philadelphia Law Department |
| | 1515 Arch Street, PA 19102 |
| Phone No: | (215) 683-5408 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                Email: |
| Representing: | City of Philadelphia, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Brier, Daniel Thomas |
| | Myers, Brier & Kelly, LLP |
| Address: | Myers Brier & Kelly |
| | 425 Spruce St Ste 200 |
| | Scranton, PA 18503 |
| Phone No: | (570) 342-6100 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                Email: |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Butkovitz, Edward Thomas |
| | Kleinbard, LLC |
| Address: | Kleinbard LLC |
| | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 568-2000 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                Email: |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Supreme Court of Pennsylvania**



Appeal Docket Sheet

Docket Number:  12 EAP 2023

Page 6 of 10

January 7, 2024

| COUNSEL INFORMATION |
|---|

| | |
|---|---|
| Attorney: | Cook, Stephen S. |
| | Pennsylvania Gaming Control Board |
| Address: | Pa Gaming Control Bd |
| | Po Box 69060 |
| | Harrisburg, PA 17106-9060 |
| Phone No: | (717) 346-8300 |
| Receive Mail: | Yes |
| Receive EMail: | Yes       Email: |
| Representing: | Pennsylvania Gaming Control Board, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Dang, Miranda Lu |
| Address: | Kleinbard LLC |
| | 1717 Arch St., 5th Floor |
| | Philadelphia, PA 19103 |
| Phone No: | (267) 535-5759 |
| Receive Mail: | Yes |
| Receive EMail: | Yes       Email: |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | DeSiderato, Jerry Robert |
| | Dilworth Paxson, LLP |
| Address: | Dilworth Paxson Llp |
| | 1500 Market St Ste 3500 |
| | Philadelphia, PA 19102-2101 |
| Phone No: | (215) 575-7000 |
| Receive Mail: | Yes |
| Receive EMail: | Yes       Email: |
| Representing: | City of Philadelphia, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Ford, Timothy James |
| | Dilworth Paxson LLP |
| Address: | 1500 Market St Ste 3500 |
| | Philadelphia, PA 19102 |
| Phone No: | (215) 575-7017 |
| Receive Mail: | Yes |
| Receive EMail: | Yes       Email: |
| Representing: | City of Philadelphia, Appellee |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Supreme Court of Pennsylvania**



**Appeal Docket Sheet**

**Docket Number:  12 EAP 2023**

**Page 7 of 10**

**January 7, 2024**

| COUNSEL INFORMATION | |
|---|---|

| | |
|---|---|
| Attorney: | Gagne, Paul Gerard |
| | Kleinbard LLC |
| Address: | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 523-5302 |
| Receive Mail: | Yes |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | | | |
|---|---|---|---|
| Attorney: | Rullo, Michael Joseph | | |
| | Philadelphia City Solicitor's Office | | |
| Address: | 1515 Arch St | | |
| | 15th Floor | | |
| | Philadelphia, PA 19123 | | |
| Phone No: | (484) 883-3309 | | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | Email: | |
| Representing: | City of Philadelphia, Appellee | | |
| Pro Se: | No | | |
| IFP Status: | | | |

| | |
|---|---|
| Attorney: | Scarinci, Michael John |
| | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| Address: | Pa Office Of Attorney General |
| | 15TH Floor Strawberry Sq |
| | Harrisburg, PA 17120 |
| Phone No: | (717) 857-2184 |
| Receive Mail: | Yes |
| Representing: | Department of Revenue, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Schreiner, Eric Joseph |
| | Kleinbard LLC |
| Address: | One Liberty Place, 46th Floor |
| | 1650 Market Street |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 568-2000 |
| Receive Mail: | Yes |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Supreme Court of Pennsylvania**



Appeal Docket Sheet

**Docket Number:  12 EAP 2023**

**Page 8 of 10**

**January 7, 2024**

| COUNSEL INFORMATION |
|---|

| | |
|---|---|
| Attorney: | Vance, Shohin Hadizadeh |
| | Kleinbard, LLC |
| Address: | Kleinbard LLC |
| | 1717 Arch St 5th Fl |
| | Philadelphia, PA 19103 |
| Phone No: | (267) 443-4124 |
| Receive Mail: | Yes |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Walsh, Donna Ann |
| | Myers, Brier & Kelly, LLP |
| Address: | 425 Spruce St |
| | Ste 200 |
| | Scranton, PA 18503 |
| Phone No: | (570) 342-6100 |
| Receive Mail: | Yes |
| Receive EMail: | Yes      Email: |
| Representing: | POM of Pennsylvania, LLC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| SUPREME COURT INFORMATION |
|---|

| | |
|---|---|
| Appeal From: | the Discontinuance of this action entered on February 7, 2023, in the Commonwealth Court at No. 418 MD 2018. |
| Appeal Filed Below: | 3/20/2023  12:00:00AM |

| | | | |
|---|---|---|---|
| Probable Jurisdiction Noted: | | Docketed Date: | March 24, 2023 |
| Allocatur/Miscellaneous Granted: | | Allocatur/Miscellaneous Docket No.: | |
| Allocatur/Miscellaneous Grant Order: | | | |

| FEE INFORMATION |
|---|

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 03/24/2023 | Notice of Appeal | 90.25 | 04/13/2023 | 2023-SUP-E-000454 | 90.25 |

| INTERMEDIATE APPELLATE COURT INFORMATION |
|---|

| | | | |
|---|---|---|---|
| Court Name: | | Docket Number: | |
| Date of Order: | | Rearg/Recon Disp Date: | |
| | | Rearg/Recon Disposition: | |

Judge(s):

Intermediate Appellate Court Action:

Referring Court:

| AGENCY/TRIAL COURT INFORMATION |
|---|

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

10:10 A.M.

**Supreme Court of Pennsylvania**



**Appeal Docket Sheet**

**Docket Number:  12 EAP 2023**

**Page 9 of 10**

**January 7, 2024**

| | |
|---|---|
| Court Below: | Commonwealth Court of Pennsylvania |
| County: | Division:  Commonwealth Court of Pennsylvania |
| Date of Agency/Trial Court Order: | March 7, 2023 |
| Docket Number: | 418 MD 2018 |
| Judge(s): | OTN: |
| Order Type: | Order |

| ORIGINAL RECORD CONTENT | | |
|---|---|---|
| Original Record Item | Filed Date | Content/Description |

**Record Remittal:**

| DISPOSITION INFORMATION | | | |
|---|---|---|---|
| Related Journal No: | | Judgment Date: | July 21, 2023 |
| Category: | Decided | Disposition Author: | Per Curiam |
| Disposition: | Quashed | Disposition Date: | July 21, 2023 |
| Dispositional Filing: | **Order** | Author: | Per Curiam |
| Filed Date: | July 21, 2023 | | |

| DOCKET ENTRY | | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **March 20, 2023** | **Notice of Appeal** | | |
| | | Appellant | Chester Downs and Marina, LLC |
| | | Appellant | Downs Racing, L.P. |
| | | Appellant | Greenwood Gaming and Entertainment et al. |
| | | Appellant | Mountainview Thoroughbred Racing Association, LLC |
| | | Appellant | Washington Trotting Association, LLC |
| | | Appellant | Wind Creek Bethlehem, LLC |
| **March 20, 2023** | **Jurisdictional Statement** | | |
| | | Appellant | Chester Downs and Marina, LLC |
| | | Appellant | Downs Racing, L.P. |
| | | Appellant | Greenwood Gaming and Entertainment et al. |
| | | Appellant | Mountainview Thoroughbred Racing Association, LLC |
| | | Appellant | Washington Trotting Association, LLC |
| | | Appellant | Wind Creek Bethlehem, LLC |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.



**Supreme Court of Pennsylvania**

**Appeal Docket Sheet**

**Docket Number:  12 EAP 2023**

**Page 10 of 10**

**January 7, 2024**

| DOCKET ENTRY | | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **March 27, 2023** | **Praecipe for Appearance** | | |
| | Department of Revenue | Appellee | Scarinci, Michael John |
| **March 29, 2023** | **No Answer Letter to Jurisdictional Statement** | | |
| | | Appellee | Pennsylvania Gaming Control Board |
| **March 29, 2023** | **Answer to Jurisdictional Statement** | | |
| | | Appellee | POM of Pennsylvania, LLC |
| **March 31, 2023** | **No Answer Letter to Jurisdictional Statement** | | |
| | | Appellee | City of Philadelphia |
| **July 21, 2023** | **Quashed** | | |
| | | | Per Curiam |

Comments:
AND NOW, this 21st day of July, 2023, the Notice of Appeal is QUASHED.  See 42 Pa.C.S. § 723(a) (limiting this Court's jurisdiction to "appeals from final orders of the Commonwealth Court entered in any matter which was originally commenced in the Commonwealth Court"); Pa.R.A.P. 341(b)(1) (defining a final order as one that "disposes of all claims and of all parties"); Pa.R.Civ.P. 232(a) ("A discontinuance or nonsuit shall not affect the right of the defendant to proceed with a counterclaim theretofore filed.").  Cf. Melvin v. Doe, 836 A.2d 42, 44 n.4 (Pa. 2003) ("[A]n order denying a motion for summary judgment does not terminate the litigation, and thus is not an appealable order.").

| | | | |
|---|---|---|---|
| **July 21, 2023** | **Order Exited** | | |
| | | | Office of the Prothonotary |
| **August 9, 2023** | **No Original Record Received - Order Exited to Lower Court** | | |
| | | | Office of the Prothonotary |

| CROSS COURT ACTIONS | |
|---|---|
| Docket Number: | 10 EAP 2023 |
| Docket Number: | 11 EAP 2023 |
| Docket Number: | 418 MD 2018 |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.