# EXHIBIT 4

# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC,

    Petitioner,

    v.

COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
REVENUE, and CITY OF
PHILADELPHIA,

    Respondents.

No. 418 MD 2018

## <u>POM OF PENNSYLVANIA, LLC'S APPLICATION TO STAY</u>

The appeals related to the above matter were quashed by the Supreme Court. Accordingly, this dispute is again before this Court for disposition. But the remaining legal issues are identical to those posed by two companion appeals that this Court just set for expedited briefing and argument *en banc* in October. *See In re: Three Pennsylvania Skill Amusement Devices, One Green Bag Containing $525.00 in U.S. Currency, and Seven Receipts*, No. 707 CD 2023, order (Pa. Cmwlth. July 19, 2023); *In re: Four Pennsylvania Skill Amusement Devices and One Ticket Redemption Terminal Containing $18,692.00 in U.S. Currency*, No. 761 CD 2023, order (Pa. Cmwlth. July 19, 2023). In light

of these appeals, further proceedings here would net only a needless expenditure of party and judicial resources. To avoid this, a stay is warranted. Further, upon information and belief, the Court presently intends to stay the companion case to this original jurisdiction matter (docket 503 MD 2018) precisely because of the pending appeals. A similar stay here is equally justified.

Per Pa.R.A.P. 3707, before filing this Application with the Court, Petitioner sought, via email to Respondents' counsel on July 24, 2023 and via a telephone call with the City's counsel, concurrence from Respondents in the relief requested. Based on an out of office message, counsel for the Department is away, and, as such, did not respond. Counsel for Respondent City of Philadelphia did not have a position on the relief requested as of the time of the request for concurrence.

WHEREFORE, the Court should grant this Application and should stay further proceedings pending further order of the Court.

Respectfully submitted,

Dated: July 24, 2023

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
Edward T. Butkovitz (No. 309565)
Shohin H. Vance (No. 323551)
Miranda L. Dang (No. 330908)
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Ph: (215) 568-2000
Fax: (215) 568-0140
Eml:mhaverstick@kleinbard.com
ebutkovitz@kleinbard.com
svance@kleinbard.com
mdang@kleinbard.com

*Attorneys for POM of Pennsylvania*

3

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Dated: July 24, 2023        /s/ Matthew H. Haverstick