**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREENWOOD GAMING AND ENTERTAINMENT, INC.**<br><br>v.<br><br>**POM OF PENNSYLVANIA ET AL.** | **CIVIL ACTION**<br><br>**NO. 22-4434** |

### ORDER RE: DEFENDANTS' MOTION TO STAY DISCOVERY

AND NOW this 22nd day of January, 2024, following the filing of various motions and memoranda concerning discovery in this case and this Court's prior Orders related to discovery, ECF 36, 76, it is **ORDERED** as follows:

1.     Aware of the Pennsylvania Attorney General's pending appeal to the Pennsylvania Supreme Court of In re Three Pennsylvania Skill Amusement Devices, -- A.3d --, 2023 WL 8264547 (Pa. Commw. Ct. Nov. 30, 2023), this Court will not require any additional discovery not already encompassed by its prior orders.

2.     Parties **shall continue** with the limited discovery previously ordered by this Court.

3.     As such, Defendants' (ECF 85) motion is **GRANTED** in part and **DENIED** in part.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____
**MICHAEL M. BAYLSON
United States District Court Judge**

O:\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22cv4434 Order re Discovery January 2024.docx