# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

| | |
|---|---|
| *Phone:* | *(215) 569-5447* |
| *Fax:* | *(215) 832-5447* |
| *Email:* | *william.cruse@blankrome.com* |

January 30, 2024

**VIA E.C.F.**

Hon. Michael M. Baylson
United States District Court
Eastern District of Pennsylvania

> Re:    ***Greenwood Gaming & Entertainment, Inc. v. POM
> of Pennsylvania, LLC et al.*, No. 2:22-cv-4434-MMB**

Dear Judge Baylson:

We write to respectfully request that the Court extend indefinitely the period for filing motions to compel document production as the parties proceed with document discovery. Since the Defendants filed their Motions for Judgment on the Pleadings and accompanying Motions for Stay of Discovery on November 30, 2023 and January 8, 2024, respectively, there has been little to no progress with document discovery.  No documents have been produced by any party and the parties have yet to agree on other issues, such as an ESI protocol and appointment of a Special Master to assist with discovery disputes.  These discussions were underway before Defendants filed the aforementioned motions.  With the Court's recent denial of Defendants' Motions to Stay Discovery, we are working with Defendants to renew these discussions and move forward with document discovery as ordered by the Court.  In the event the parties cannot resolve these issues themselves, we respectfully request that the Court permit us to submit motions to compel as needed.

Defendant Miele Manufacturing Inc. joins in and consents to this letter. As of 4:00 p.m. today neither Defendant POM of Pennsylvania, LLC nor Defendants POM of Pennsylvania, LLC have responded to our letter requesting their joinder and consent.  We will update the Court if we receive a response from the POM Defendants.

Respectfully submitted,

*/s/ William R. Cruse*

William R. Cruse

cc:    All parties (via ECF)