JOSHUA J. VOSS
JVOSS@KLEINBARD.COM
*Direct Dial  267.443.4114*



**KLEINBARD** LLC

January 30, 2024

**VIA CM/ECF**

Hon. Michael M. Baylson
Eastern District of Pennsylvania

**RE:** ***Greenwood Gaming & Entertainment, Inc. v. POM of Pennsylvania, LLC, et al.,* No. 2:22-cv-4434-MMB**

Dear Judge Baylson:

On behalf of Defendants POM of Pennsylvania, Inc. and Pace-O-Matic, Inc., I write in response to Parx's letter of January 30, 2024 (Document 91), which is a letter motion to modify paragraph 3 of the Court's December 5, 2023 Order (Document 84). That Order sets March 4, 2024 as the deadline to file motions to compel regarding discovery. Parx did not reasonably meet and confer with the POM Defendants before filing the letter motion. The entirety of Parx's attempt to discuss the matter was an email to the undersigned at 9:20 AM today. At the time, I was preparing to defend a deposition and was tied up with the deposition until late afternoon. Before I could even meaningfully review Parx's 9:20 AM email after the conclusion of the deposition, at 4:09 PM Parx posted its letter motion to the docket.

Regardless of Parx's failure to meet and confer, the POM Defendants concur in the request to extend indefinitely the period for filing motions to compel. The POM Defendants respectfully request, however, that the Court's Order extending the deadline reiterates the parties' obligation under Local Rule 26.1(f) to reasonably meet and confer before filing discovery motions.

Respectfully submitted,

Joshua J. Voss

cc:    All parties (via CM/ECF)