JOSHUA J. VOSS
JVOSS@KLEINBARD.COM
*Direct Dial  267.443.4114*



**KLEINBARD** LLC

March 13, 2024

**VIA CM/ECF**

Hon. Michael M. Baylson
Eastern District of Pennsylvania

**RE:**   *Greenwood Gaming & Entertainment, Inc. v. POM of Pennsylvania, LLC, et al.,* **No. 2:22-cv-4434-MMB**

Dear Judge Baylson:

In follow up to paragraph 9(b) of the Confidentiality Order (Document 79), we write to provide the proposed special master order attached hereto. The parties jointly met with the Hon. Joel Schneider, and he has agreed to serve as a special master under FRCP 53 if approved by the Court. Thus, Plaintiff and all Defendants respectfully request that the Court enter the proposed order.

Respectfully submitted,

Joshua J. Voss

cc:    Hon. Joel Schneider (via email)
       All parties (via CM/ECF)