**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREENWOOD GAMING & ENTERTAINMENT, INC.** <br> *Plaintiff,* <br><br> v. <br><br> **POM OF PENNSYLVANIA, LLC et al.,** <br> *Defendants.* | **CIVIL ACTION** <br><br> **NO. 22-4434** |

### ORDER RE: MOTION TO DISMISS

**AND NOW**, this 18th day of March, 2024, it is hereby **ORDERED**:

1. Defendants' Motion for Judgment on the Pleadings (ECF 80) and Motion for Reconsideration (ECF 46) are **DENIED** without prejudice.

2. As both parties and this Court is aware, the Pennsylvania Supreme Court is currently reviewing whether one of the central contentions in Plaintiff's case is cognizable under Pennsylvania law. In re Three Pennsylvania Skill Amusement Devices, -- A.3d --, 2023 WL 8264547 (Pa. Commw. Ct. Nov. 30, 2023), allocatur granted.

3. As this Court previously **Ordered** (ECF 36), Parties are to continue with limited discovery with their jointly agreed upon Special Master. See ECF 90; ECF 94.

4. This Court will revisit this situation in approximately six (6) months and/or depending on a decision from the Pennsylvania Supreme Court.

        **BY THE COURT:**

        **/s/ Michael M. Baylson**

        _____
        **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22cv4434 Order re Denying Judgment on Pleadings and Motion for Reconsideration.docx