**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., *Plaintiff,* v. POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., *Defendants.* | : : No. 2:22-cv-4434-MMB : : : : : : : : : |

**POM OF PENNSYLVANIA, LLC AND**
**PACE-O-MATIC, INC.'S MOTION FOR RECONSIDERATION, OR, IN THE**
**ALTERNATIVE, MOTION TO CERTIFY ORDER FOR APPEAL**

Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc. (collectively, the POM Defendants) hereby move for reconsideration of the Court's March 18, 2024 Order (Document 95), or, in the alternative, move to certify the Order for immediate appeal under 28 U.S.C. § 1292(b). In support of this request, the POM Defendants incorporate by reference the accompanying Brief.

Respectfully submitted,

Dated: March 28, 2024

/s/ Joshua J. Voss
Matthew H. Haverstick (No. 85072)
Edward T. Butkovitz (No. 309565)
Joshua J. Voss (No. 306853)
Shohin H. Vance (No. 323551)
Samantha G. Zimmer (No. 325650)
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Phone: (215) 568-2000
Eml: mhaverstick@kleinbard.com
ebutkovitz@kleinbard.com
jvoss@kleinbard.com
svance@kleinbard.com

*Attorneys for the POM Defendants*    szimmer@kleinbard.com