**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREENWOOD GAMING & ENTERTAINMENT, INC.** *Plaintiff,* <br><br> v. <br><br> **POM OF PENNSYLVANIA, LLC et al.,** *Defendants.* | **CIVIL ACTION** <br><br> **NO. 22-4434** |

### ORDER CLARIFYING PRIOR ORDER AND DENYING DEFENDANTS' MOTION FOR RECONSIDERATION AND INTERLOCUTORY APPEAL

**AND NOW**, this 28th day of March, 2024, it is hereby **ORDERED**:

1.  Defendants' Motion for Reconsideration and/or Interlocutory Appeal (ECF 96) is **DENIED** without prejudice.

2.  This Court clarifies its previous **Order**, ECF 95, that stated the Pennsylvania Supreme Court had granted allocatur in In re Three Pennsylvania Skill Amusement Devices, -- A.3d --, 2023 WL 8264547 (Pa. Commw. Ct. Nov. 30, 2023). The Pennsylvania Supreme Court is currently considering whether to grant allocator in that case.

3.  This Court directs both parties to notify the Court when the Pennsylvania Supreme Court makes any decisions in that matter, docketed as 7 MAL 2024 in the Pennsylvania Supreme Court.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22cv4434 Order Clarifying Prior Order and Denying Defendants' Motion for Reconsideration or Interlocutory Appeal.docx

1