# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

*Phone:*      *(215) 569-5447*

*Fax:*        *(215) 832-5447*

*Email:*      *william.cruse@blankrome.com*

June 18, 2024

**VIA E.C.F.**

Hon. Michael M. Baylson
United States District Court
Eastern District of Pennsylvania

> Re:    ***Greenwood Gaming & Entertainment, Inc. v. POM
> of Pennsylvania, LLC et al.*, No. 2:22-cv-4434-MMB**

Dear Judge Baylson:

Pursuant to your September 22, 2023 and March 28, 2024 Orders (ECF Nos. 68 & 97), we write to respectfully notify the Court that the Supreme Court of Pennsylvania has **granted** the Commonwealth of Pennsylvania's Petition for Allowance of Appeal in *In re Three Pennsylvania Skill Amusement Devices*, 7 MAL 2024 (Pa. 2024), *allocatur granted*, specifically addressing the following questions:

1. Does an electronic slot machine cease to be an illegal "gambling device," governed predominantly by chance, if the machine's manufacturers embed into its programming a so-called "skill" element that is almost entirely hidden from view and is almost impossible to complete?

2. Should gambling statutes governing "slot machines" be read *in pari materia* to supply an appropriate definition of the term?

*See* Exhibit A.

Respectfully submitted,

*/s/ William R. Cruse*

William R. Cruse

cc:    All parties (via ECF)