**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREENWOOD GAMING & ENTERTAINMENT, INC.** *Plaintiff,* **v.** **POM OF PENNSYLVANIA, LLC et al.,** *Defendants.* | **CIVIL ACTION** **NO. 22-4434** |

## ORDER STAYING ACTION

**AND NOW**, this 22nd day of July, 2024, having been informed that the Pennsylvania Supreme Court has granted allocatur in <u>In re Three Pennsylvania Skill Amusement Devices</u>, -- A.3d --, 2023 WL 8264547 (Pa. Commw. Ct. Nov. 30, 2023) to rule on interpretations of state law that are likely to be dispositive in this action, this Court will **STAY** further proceedings until the Pennsylvania Supreme Court renders its decision, docketed as 7 MAL 2024 in the Pennsylvania Supreme Court.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22cv4434 Order Staying Action.docx

1