**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | : | No. 2:22-cv-4434-MMB |
| | : | |
| *Plaintiff,* | : | |
| v. | : | |
| | : | |
| POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Joshua J. Voss on behalf of Defendants, POM of Pennsylvania, LLC and Pac-O-Matic, Inc., in the above-captioned action.

Respectfully submitted,

**SAXTON & STUMP, LLC**

Date: May 5, 2025    By:    /s/ Joshua J. Voss
                              Joshua J. Voss
                              Attorney ID No. 306853
                              280 Granite Rune Drive, Suite 300
                              Lancaster, PA 17601
                              (717) 556-1000
                              jvoss@saxtonstump.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing

Withdrawal of Appearance to be served via the Court's CM/ECF system on all

counsel of record.


Date: <u>May 5, 2025</u>          By:    <u>/s/ Joshua J. Voss</u>