**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br><br> *Defendants.* | C.A. No. 2:22-cv-4434-MMB |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Danielle C. Hudson, Esquire (PA ID 328931) on

behalf of Plaintiff Greenwood Gaming and Entertainment, Inc. in the above-captioned matter.

Date: June 16, 2025

**BLANK ROME LLP**

BY:  */s/ Danielle C. Hudson*
Danielle C. Hudson (ID #328931)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel: 215-569-5405
Email: Danielle.hudson@blankrome.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Danielle C. Hudson Esquire, hereby certify that on this 16th day of June, 2025 I caused

a true and correct copy of the foregoing Withdrawal of Appearance to be served through the

Electronic Court Filing System (ECF) upon all counsel and parties of record.


*/s/ Danielle C. Hudson.*
Danielle C. Hudson