**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREENWOOD GAMING & ENTERTAINMENT, INC.**<br><br>**v.**<br><br>**POM OF PENNSYLVANIA, LLC et al** | **CIVIL ACTION**<br><br>**NO. 22-4434**<br><br>**DATE OF NOTICE: December 1, 2025** |

## NOTICE

Please be advised that a **TELEPHONE CONFERENCE** re **STATUS** will be held on

**Tuesday, December 9, 2025 at 1:00 p.m.** with the Honorable Michael M. Baylson.  Counsel for

Plaintiff will initiate the telephone conference and when all counsel are on the line, will join

Chambers on to the call (ph: 267-299-7520).

/s/ Lori K. DiSanti

_____
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22cv4434 status conf notice.doc