**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC, | : | No. 2:22-cv-04434-MMB |
| | : | |
| | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., | : | |
| | : | |
| | : | |
| *Defendants* | : | |

## <u>WITHDRAWAL OF APPEARANCE</u>

Kindly withdraw the appearance of Shohin H. Vance on behalf of Defendants,

POM of Pennsylvania, LLC and Pac-O-Matic, Inc., in the above-captioned action.

Respectfully submitted,

**SAXTON & STUMP, LLC**

Date:  December 9, 2025          By:   */s/ Shohin H. Vance*
Shohin H. Vance
Attorney ID No. 323551
100 Deerfield Lane, Suite 240
Malvern, PA 19103
Ph: (484) 328-8512
Fax: (484) 713-5241
Email: svance@saxtonstump.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing

Withdrawal of Appearance to be served via the Court's CM/ECF system on all

counsel of record.


Date: December 9, 2025                    By: */s/ Shohin H. Vance*