**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREENWOOD GAMING & ENTERTAINMENT, INC.** <br><br> **v.** <br><br> **POM OF PENNSYLVANIA, LLC et al** | **CIVIL ACTION** <br><br> **NO. 22-4434** |

**ORDER RE: STAY**

**AND NOW**, this 9th day of December, 2025, following an unrecorded teleconference with the parties, the Court is informed that the Pennsylvania Supreme Court heard argument in In re Three Pennsylvania Skill Amusement Devices, -- A.3d --, 2023 WL 8264547 (Pa. Commw. Ct. Nov. 30, 2023), regarding interpretations of state law that are likely to be dispositive in this action, on November 20, 2025.  Pursuant to the Court's July 22, 2024 Order, with neither party objecting, the Court **ORDERS** that these proceedings shall remain **STAYED** until the Pennsylvania Supreme Court renders its decision.

.

BY THE COURT:

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22cv4434 order continuing stay.doc