**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| GREENWOOD GAMING * ENTERTAINMENT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> POM OF PENNSYLVANIA, LLC, PACE-O-MATIC, INC., and MIELE MANUFACTURING, INC., <br><br> *Defendants*. | Case No :22-CV-4434 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance Richard P. Limburg, Esquire, on behalf of Plaintiff

Greenwood Gaming and Entertainment, Inc., d/b/a Parx Casino ("Parx Casino") in the above-

captioned matter.

Respectfully submitted,

*/s/ Richard P. Limburg*
Richard P. Limburg, Esquire

Dated: December 23, 2025

4923-3135-0656 v1

## CERTIFICATE OF SERVICE

I, Richard P. Limburg, attorney for Plaintiff, hereby certify that I caused a true and correct copy of the forgoing Withdrawal of Appearance to be served on all counsel of record via this Court's electronic filing system.

/s/ Richard P. Limburg
Richard P. Limburg, Esquire

Dated: December 23, 2025

4923-3135-0656 v1