**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREENWOOD GAMING & ENTERTAINMENT, INC.**<br><br>**v.**<br><br>**POM OF PENNSYLVANIA, LLC et al** | **CIVIL ACTION**<br><br>**NO. 22-4434** |

**ORDER**

**AND NOW**, this 22nd day of January, 2026:

This case has been pending in this Court for over four years and is currently stayed pending action by the Pennsylvania Supreme Court and/or legislature of Pennsylvania.  There are two motions that have been open for some time, ECF 69, to compel production of documents and ECF 81, for judgment on the pleadings.

The Court **ORDERS** that both of these motions are **DENIED** without prejudice and may be renewed without leave of Court if the case proceeds further in this Court.

**BY THE COURT:**

**/s/ Michael M. Baylson**

—————————————————
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22cv4434 order 0122026.doc