**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENWOOD GAMING & ENTERTAINMENT, INC., | :   No. 2:22-cv-4434-MMB |
| | : |
| *Plaintiff*, | : |
| v. | : |
| | : |
| POM OF PENNSYLVANIA, LLC, | : |
| PACE-O-MATIC, INC., and | : |
| MIELE MANUFACTURING, INC., | : |
| | : |
| *Defendants*. | : |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Edward T. Butkovitz, Esquire on behalf of Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc. in the above-captioned action.

Respectfully submitted,

Dated: March 4, 2026

*/s/ Edward T. Butkovitz*
Edward T. Butkovitz
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: ebutkovitz@kleinbard.com

## **CERTIFICATE OF SERVICE**

I, Edward T. Butkovitz, hereby certify that on this date, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served on all counsel of record via this Court's electronic filing system.

Dated: March 4, 2026

*/s/ Edward T. Butkovitz*
Edward T. Butkovitz