**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREENWOOD GAMING & ENTERTAINMENT, INC.**<br><br>v.<br><br>**POM OF PENNSYLVANIA, LLC et al** | **CIVIL ACTION**<br><br>**NO. 22-4434** |

**ORDER RE: STATUS OF CASE**

**AND NOW**, this 16th  day of June, 2026 it is **ORDERED**:

In light of the decision of the Pennsylvania Supreme Court issued on June 15, 2026, counsel shall confer as promptly as possible and by Monday, June 29, 2026 shall file either a joint stipulation recommending what action, if any, this Court should take, or in the absence of an agreement, separate proposals which may be accompanied by a motion with supporting memorandum of law not to exceed ten (10) pages, double-spaced.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4434 Greenwood Gaming and Entertainment Inc.  v. POM of Pennsylvania et al\22cv4434 order 06162026.doc