IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREENWOOD GAMING & ENTERTAINMENT,
INC.,

    *Plaintiff,*

v.

POM OF PENNSYLVANIA, LLC, PACE-O-MATIC,
INC., and MIELE MANUFACTURING, INC.,

    *Defendants.*

No. 2:22-cv-4434-MMB

## JOINT STIPULATION

In response to the Court's June 16, 2026 Order re: Status of Cases (ECF No. 109), in which the Court requested that the parties recommend what action, if any, the Court should take in light of the Pennsylvania Supreme Court decision issued on June 15, 2026, counsel for Plaintiff and Defendants agree and stipulate that the Court should take no action and that the current stay of proceedings should remain in place pending expiration on October 14, 2026 of the Pennsylvania Supreme Court's 120 day stay of its decision.

**BLANK ROME LLP**

*/s/ William R. Cruse*
William R. Cruse (No. 209576)

*Attorneys for Plaintiff, Greenwood Gaming & Entertainment, Inc.*

**KLEINBARD LLC**

*/s/ Mathew H. Haverstick*
Matthew H. Haverstick (No. 85072)

*Attorneys for Defendants POM of Pennsylvania, LLC and Pace-O-Matic, Inc.*

*/s/ Marc F. Lovecchio*
Marc F. Lovecchio (No. 41244)
McCORMICK LAW FIRM

*Attorneys for Defendant Miele Manufacturing Inc.*

Dated: June 24, 2026

**BY THE COURT:**

Hon. Michael M. Baylson, U.S.D.J.